# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PPM TECHNOLOGIES HOLDING, INC., ) et al.,[1] ) | Case Nos. 10-14788 and 10-14795 |
| ) | The Honorable Jack B. Schmetterer |
| Debtors. ) | |
| ) | **Hearing Date: May 21, 2010 at 11:30 a.m.** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 20, 2010, the undersigned counsel caused to be e-filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the **Debtor in Possession Budget**, Exhibit A to the proposed *Final Order Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364(c) and (d); (B) Granting Security Interests, Superpriority Claims and Adequate Protection; and (C) Use of Cash Collateral* (the "**Proposed Final Financing Order**") filed with the Court on May 20, 2010 [Docket No. 157-1].

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends to present the Proposed Interim Financing Order, which was filed on May 20, 2010 [Docket No. 157-1], with the attached Budget for approval at the hearing on **May 21, 2010 at 11:30 a.m.** before the Honorable Jack B. Schmetterer, United States Courthouse, Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St..

Dated: Chicago, Illinois
     May 20, 2010

By:   */s/ Nancy A. Peterman*
Nancy A. Peterman, ARDC No. 6208120
Sean W. Bezark, ARDC No. 6203767
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Phone: 312.456.8400
Fax: 312.456.8435
petermann@gtlaw.com /bezarks@gtlaw.com

*Counsel to the Debtors
and Debtors-In-Possession*

---

[1] The Debtors in these chapter 11 cases are: PPM Technologies Holding, Inc. and PPM Technologies, Inc.

*CHI 59,668,101v1*

# **CERTIFICATE OF SERVICE**

I, Nancy A. Peterman, an attorney, hereby certify that on May 20, 2010 I caused a complete and accurate copy of the Debtor-in-Possession Budget, Exhibit A to the proposed ***Final Order Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364(c) and (d); (B) Granting Security Interests, Superpriority Claims and Adequate Protection; and (C) Use of Cash Collateral*** to be served via this Court's ECF notification system upon the parties identified on the Service List below my electronic signature.

By:     */s/ Nancy A. Peterman*

**PPM Technologies Holdings, Inc. - ECF Service List**

Ernesto D Borges on behalf of Debtor PPM Technologies Holding, Inc. aferreria@billbusters.com, BillBusters@BestClientInc.com

Devon J Eggert on behalf of Creditor Committee The Official Committee of Unsecured Creditors - deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Michael M. Eidelman on behalf of Creditor Shearer's Foods, Inc. - meidelman@vedderprice.com, ecf-docket@vedderprice.com

Thomas R. Fawkes on behalf of Creditor Committee The Official Committee of Unsecured Creditors - tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com

Glenda J Gray on behalf of Stockholder Leroy Wright - ladylawgray@aol.com

John K Lyons on behalf of Interested Party Calliope Capital Corporation - jlyonsch@skadden.com, mmirkovi@skadden.com

Michael L Molinaro on behalf of Creditor Aurora Management Partners, Inc. - mmolinaro@loeb.com, chdocket@loeb.com;mjawor@loeb.com

William T Neary, Gretchen Silver - USTPRegion11.ES.ECF@usdoj.gov

Nancy A Peterman on behalf of Debtor PPM Technologies Holding, Inc. petermann@gtlaw.com, carlsonk@gtlaw.com; greenbergc@gtlaw.com;

Karen J Porter on behalf of Debtor PPM Technologies Holding, Inc. - kjplawnet@aol.com, kjplawnet@aol.com

William W Thorsness on behalf of Creditor Shearer's Foods, Inc. - wthorsness@vedderprice.com

Gerard P. Walsh on behalf of Creditor Golub & Company, LLC - gwalsh@crowleylamb.com, cfowler@crowleylamb.com; shurley@crowleylamb.com; raguilar@crowleylamb.com