PPM Technologies DIP Budget 5-20-10

|  | 3 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 14-May-10 | Actual | 21-May-10 | 28-May-10 | 04-Jun-10 | 11-Jun-10 | 18-Jun-10 | 25-Jun-10 | 02-Jul-10 | 09-Jul-10 |
| **Total Cash In** | 132,944 | 103,608 | 205,841 | 157,404 | 439,852 | 441,565 | 351,599 | 677,067 | 685,842 | 672,194 |
| **Cost of Sales** | | | | | | | | | | |
| Materials | 185,000 | 169,783 | 314,000 | 376,333 | 330,333 | 332,333 | 334,333 | 286,333 | 208,000 | 208,000 |
| Labor & Benefits | 0 | 4,067 | 57,576 | 87,619 | 52,689 | 0 | 57,575 | 61,302 | 95,218 | 0 |
| Purchased Parts & Ser | 0 | 27 | 42,655 | 30,000 | 41,462 | 0 | 60,548 | 42,328 | 77,243 | 50,000 |
| Freight Expense | 5,103 | 890 | 2,283 | 34,007 | 24,831 | 8,063 | 16,555 | 11,718 | 34,007 | 8,063 |
| Rent, Utilities & Supplies | 12,000 | 8,759 | 5,137 | 23,737 | 5,137 | 5,137 | 5,137 | 5,137 | 32,278 | 5,137 |
| **Total Cost of Sales** | 202,103 | 183,526 | 421,650 | 551,696 | 454,452 | 345,532 | 474,148 | 406,819 | 446,747 | 271,199 |
| **Selling Costs** | | | | | | | | | | |
| Salaries & Benefits | 31,587 | 2,429 | 8,461 | 41,208 | 8,461 | 4,017 | 40,049 | 41,208 | 8,461 | 0 |
| Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 2,550 | 0 | 0 | 0 |
| Travel and Entertainment | 10,250 | 12,101 | 10,407 | 27,957 | 13,024 | 13,027 | 13,027 | 13,027 | 13,027 | 13,027 |
| Office Expenses | 181 | 5,081 | 6,158 | 5,095 | 0 | 0 | 6,158 | 5,095 | 0 | 0 |
| Other Sales Expense | 0 | 0 | 2,000 | 2,000 | 10,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| **Total Selling Expense** | 42,018 | 19,611 | 27,026 | 76,260 | 31,485 | 18,044 | 62,783 | 60,330 | 22,488 | 14,027 |
| **G&A Expenses** | | | | | | | | | | |
| Salaries & Benefits | 1,850 | 40,519 | 4,588 | 66,056 | 57,868 | 1,500 | 4,588 | 66,056 | 4,588 | 54,780 |
| Office Expenses | 14,206 | 583 | 1,002 | 4,317 | 13,019 | 1,252 | 1,002 | 3,340 | 12,692 | 15,525 |
| Occupancy Expenses | 0 | 0 | 0 | 7,500 | 3,324 | 0 | 0 | 0 | 9,000 | 0 |
| Travel & Entertain | 1,500 | 0 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Insurance | 0 | 0 | 0 | 11,000 | 18,000 | 0 | 0 | 0 | 11,000 | 0 |
| Professional & Legal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other G&A Expense | 3,000 | 601 | 2,000 | 2,000 | 2,000 | 2,000 | 3,000 | 2,000 | 2,000 | 2,000 |
| **Total G&A Expense** | 20,556 | 41,702 | 9,090 | 92,373 | 95,710 | 6,252 | 10,090 | 72,896 | 40,780 | 73,805 |
| **Total Expenses** | 264,677 | 244,839 | 457,766 | 720,329 | 581,647 | 369,829 | 547,021 | 540,045 | 510,015 | 359,031 |
| **Cash Flow from Operations** | (131,733) | (141,231) | (251,925) | (562,925) | (141,795) | 71,736 | (195,422) | 137,022 | 175,827 | 313,163 |
| **Bankruptcy Expenses** | | | | | | | | | | |
| CRO Fees and Expenses | 27,000 | 0 | 30,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Greenberg Traurig/Committee Fees | 0 | 0 | 267,500 | 35,000 | 35,000 | 37,500 | 37,500 | 50,625 | 58,125 | 58,125 |
| US Trustees Fees | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 0 | 0 | 10,500 |
| Utility Deposits | 34,000 | 10,908 | 0 | 0 | 0 | 0 | 0 | 0 | 1,875 | 0 |
| Prepetition Employee Wages/Commissions | 85,000 | 87,357 | 54,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Purchase of Wright Machinery | 0 | 0 | 12,000 | 0 | 247,313 | 0 | 0 | 0 | 0 | 0 |
| Swedish Legal Fees | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment Banker Fees & Expenses | 0 | 0 | 0 | 20,000 | 4,000 | 0 | 0 | 30,000 | 0 | 28,000 |
| Other Bankruptcy Expense (Logan) | 0 | 0 | 0 | 5,000 | 5,000 | 2,000 | 2,000 | 15,000 | 5,000 | 5,000 |
| **Total Bankruptcy Expense** | 146,000 | 98,265 | 364,300 | 90,000 | 316,313 | 64,500 | 65,500 | 120,625 | 90,000 | 126,625 |
| **Total Cash Expenses** | 410,677 | 343,104 | 822,066 | 810,329 | 897,960 | 434,329 | 612,521 | 660,670 | 600,015 | 485,656 |
| **Net Weekly Cash Flow** | (277,733) | (239,496) | (616,225) | (652,925) | (458,108) | 7,236 | (260,922) | 16,397 | 85,827 | 186,538 |
| **Cumulative Net Cash Flow** | (666,192) | (602,646) | (1,218,871) | (1,871,796) | (2,329,904) | (2,322,668) | (2,583,590) | (2,567,192) | (2,481,365) | (2,294,827) |