## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OREGON CONVEYOR | ) | Case Nos. 10-14788 and 10-14795 |
| MANUFACTURING, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |

## FINAL REPORT

**PPM Technologies Inc**
**Unpaid Debt post-petition not picked up by PPM LLC**

| | **Amount** |
|---|---|
| Liberty Mutual Insurance - Q2 2010 Workers Compensation | 1,975.59 |
| | |
| Greenburg Traurig (fees above DIP budget) | 26,500.71 |
| Freeborn & Peters LLP | 3,619.98 |
| Traxi LLC | 6,684.80 |
| **Total Unpaid post -petition debt not picked up by PPM LLC** | **38,781.08** |

Dated: Chicago, Illinois
    September 28, 2010

By: ___/s/ Nancy A. Peterman___
Nancy A. Peterman, ARDC No. 6208120
Sean W. Bezark, ARDC No. 6203767
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
Phone: 312.456.8400
Fax: 312.456.8435
petermann@gtlaw.com/bezarks@gtlaw.com

*Counsel to the Chapter 11 Debtors*
*and Debtors-In-Possession*

---

[1] The Debtors in these cases are Oregon Conveyor Manufacturing, Inc. and PPM Technologies, Inc.