IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter [7] |
| | ) | |
| OREGON CONVEYOR | ) | Case Nos. 10-14788 and 10-14795 |
| MANUFACTURING, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: November 11, 2010 |
| | ) | at 10:00 a.m. |

**COVER SHEET**
**FINAL APPLICATION OF ADVOKATFIRMAN CEDERQUIST KB**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM**
**MAY 12, 2010 TO AND INCLUDING AUGUST 24, 2010**

| | |
|---|---|
| Name of Applicant: | Advokatfirman Cederquist KB |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Retention order entered May 21, 2010, effective as of May 12, 2010 [Docket No. 163] |
| Period for which compensation and reimbursement is sought: | May 12, 2010 – August 24, 2010 |
| Total Case Compensation (fees and expenses): | $69,320.86 [Total of May, June July and August fees & expenses] |
| Fee sought for Stub Compensation Period (07/01/10 to 09/01/10): | $11,661.78 [Total July & August fees] |
| Expenses sought for Stub Compensation Period (07/01/10 to 09/01/10): | $2,029.26 [Expenses for July & August.] |
| Total fees previously requested and awarded: (05/12/10 to 06/30/10) | Requested: $55,176.52 [total fees for May and June] |
| | Awarded: $55,176.52 |

---

[1] The Debtors in these cases are Oregon Conveyor Manufacturing and PPM Technologies Inc.

| | |
|---|---|
| Total expenses previously requested and allowed: (05/12/10 to 06/30/10) | Requested: $513.30 [total expenses for May and June] |
| | Awarded: $513.30 |
| Total fees requested for unpaid amounts | $8,276.48 [May 15% and June 15%] |
| Amount of Compensation sought as actual, reasonable and necessary:   July: | $ 10,074.16[2] (USD) |
| August: | $ 1,587.62[3] (USD) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary:   July: | $94.81[4] |
| August: | $1,934.45[5] |

This is a(n) _____ interim _____ monthly  XXX  final fee application.

---

[2] Amount of Compensation in SEK 75,402.99 divided by the cross currency exchange rate USD/SEK 7.4150 as of 24 August (the date of Cederquist's invoice) published by the Swedish central bank, Sveriges Riksbank, on its website www.riksbank.se

[3] Amount of Compensation in SEK 11,972.44 divided by the cross currency exchange rate USD/SEK 7.4325 as of 1 September (the date of Cederquist's invoice) published by the Swedish central bank, Sveriges Riksbank, on its website www.riksbank.se

[4] Amount of Expense Reimbursement in SEK 702.99 divided by the cross currency exchange rate USD/SEK 7.4150 as of 24 August (the date of Cederquist's invoice) published by the Swedish central bank, Sveriges Riksbank, on its website www.riksbank.se

[5] Amount of Expense Reimbursement in SEK 172.44 divided by the cross currency exchange rate USD/SEK 7.4325 as of 1 September (the date of Cederquist's invoice) published by the Swedish central bank, Sveriges Riksbank, on its website www.riksbank.se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter [7] |
| ) | |
| OREGON CONVEYOR ) | Case Nos. 10-14788 and 10-14795 |
| MANUFACTURING, INC., et al. ) | (Jointly Administered) |
| ) | |
| Debtors.[1] ) | Hon. Jack B. Schmetterer |
| ) | Hearing Date: November 11, 2010 |
| ) | at 10:00 a.m. |

FINAL APPLICATION OF ADVOKATFIRMAN CEDERQUIST KB
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
MAY 12, 2010 TO AND INCLUDING SEPTEMBER 1, 2010

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), on behalf of Advokatfirman Cederquist KB ("**Cederquist**"), Swedish insolvency counsel to the Debtors, hereby submit Cederquist's final fee application (the "**Application**") requesting final allowance of a) compensation and reimbursement of expenses for the period from May 12, 2010 to and including August 24, 2010 (the "**Application Period**"), (including allowance and approval of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services from July 1, 2010 through and including August 24, 2010 (the "**Stub Compensation Period**") and b) for the Debtors to be authorized to pay any unpaid amounts withheld per this Court's instruction for compensation for professional services rendered to the Debtors from May 12, 2010 through and including June 30, 2010 (the "**Unpaid Amounts**") pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 5082-1 for the United States Bankruptcy Court for the Northern District of Illinois ("**Local Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members* (the "**Interim Compensation Order**") [Docket No.

---

[1] The Debtors in these cases are Oregon Conveyor Manufacturing, Inc. and PPM Technologies Inc.

175], and the *Order Granting Application to Employ Advokatfirman Cederquist KB as Swedish Insolvency Counsel Effective as of 5/12/2010 for PPM Technologies Holding, Inc. and PPM Technologies, Inc.* (the "**Retention Order**") [Docket No. 163].

By this Application, the Debtors, on behalf of Cederquist, seeks a final allowance of compensation to Cederquist for services rendered in the amount of $65,345.49 and reimbursement for expenses in the amount of $4,035.37 incurred during the Application Period. In accordance with the terms of the Interim Compensation Order and the Retention Order, Cederquist seeks payment of unpaid fees in the amount of $18,445.45 and expenses in the amount of $3,522.07 incurred during the Application Period. In support of this Application, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Application under 28 U.S.C.§§ 157 and 1334. This is a core proceeding under 28 U.S.C.§ 157(b). Venue of the cases and this Application in this district is proper under 28 U.S.C.§§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1.

## BACKGROUND

2. On April 3, 2010 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court has ordered joint administration of these chapter 11 cases (the "**Cases**").

3. On May 21, 2010, this Court entered the Retention Order [Docket No. 163] authorizing the employment and retention of Cederquist as Swedish Insolvency Counsel to the Debtors, effective as of May 12, 2010.

4.  On June 3, 2010, the Court entered the Interim Compensation Order [Docket No. 175], which provides, *inter alia*, that professionals may file monthly fee statements in accordance with applicable provisions of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 5082-1.  If no objections are made to the monthly fee statements, the Debtors are authorized to pay eighty-five percent (85%) of the fees and one hundred percent (100%) of the expenses requested therein.

5.  August 24, 2010, the Court entered an Order converting the chapter 11 case to one under Chapter 7 of the Bankruptcy Code. [Docket No. 265].

### SUMMARY OF SERVICES RENDERED[2]

6.  This Application is the final fee application being filed by Cederquist in the Cases.  In connection with the professional services described below, by this Application, Cederquist seeks allowance of additional compensation in the amount of $11,661.78 for 31.5 hours of professional services rendered for the Stub Compensation Period.

7.  The services rendered by Cederquist during the Application Period as counsel to the Debtors are summarized below.  A description of (i) the professional or paraprofessional performing the services; (ii) the date the services were performed; and (iii) a detailed description of the nature of the services and the time expended is set forth in **Exhibit A** attached hereto.  Specifically, Cederquist rendered the following services during the Application Period as counsel to the Debtors:

(a)  Subsidiaries and Affiliates (815)

Fees: $10,168.97          Hours: 31.5

Cederquist attended to several issues relating to the Debtors' interests in its non-debtor foreign affiliate in Sweden, including:

---

[2] The summary of services rendered is not intended to be a detailed description of the work performed, as the services and the time expended in performing such services are set forth fully in **Exhibit "A."**  Instead, it is an attempt to summarize and highlight key aspects of the services Cederquist rendered to the Debtors during the Application Period.

3

- Assisting the CRO in responding to inquiries from local court regarding a summons (including an injunction) regarding title to and the right to dispose of certain assets belonging to PPM Technologies;

- Translating relevant Swedish documents from the local Court in relation to the proceedings; and

- Advising on Swedish insolvency proceedings and Swedish rules on Court proceedings;

- Advising on intellectual property rights under Swedish law and Swedish rules on trade secrets and to what extent any claims by PPM Technologies, Inc. in relation to intellectual property asset may be recognized under Swedish law.

## SUMMARY OF EXPENSES

8. During the Application Period, Cederquist incurred or disbursed actual and necessary costs and expenses related to the Cases in the amount of $3,522.07. The expenses incurred include, but are not limited to photocopy charges, conference calls, postage and other related expenses.

9. Cederquist represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

   a) copy charges are $.10 per page, which charge is reasonable and customary in the legal industry and represents the cost of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of cost expenditures.

   b) Incoming and outgoing facsimiles are not billed. Cederquist does not charge for long distance telephone charges.

## VALUATION OF SERVICES

10. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair

4

and reasonable given (a) the complexity of the Cases, (b) the time expended by the attorneys and paraprofessionals at Cederquist, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. Cederquist hereby certifies (i) that it has reviewed the requirements of Rule 5082-1 of the Local Bankruptcy Rules and (ii) that this Application complies with such rule.

12. Greenberg Traurig, on behalf of Cederquist, has provided a copy of this Application to the Debtors, counsel to the Committee, the United States Trustee and all parties required to be given notice as set forth in Paragraph (a) of the Interim Compensation Order.

## COMPENSATION REQUESTED

13. By this Application, Cederquist requests final approval of its fees and expenses incurred during the Cases, including final approval of the fees and expenses incurred during the Stub Compensation Period for which interim approval has not yet been received.

## THE STUB COMPENSATION PERIOD

14. As previously stated, Cederquist has not yet received interim approval of the fees and expenses incurred for professional services provided to the Debtors during the Stub Compensation Period. For such period, Cederquist seeks final approval of the amounts of the fees and expenses requested. Specifically, Cederquist seeks allowance of compensation for professional services rendered to the Debtors during this period in the aggregate amount of $10,074.16 and for reimbursement of actual expenses incurred in connection with the rendition of such services in the aggregate amount of $3,522.07 for a total award of $13,596.23 for fees and expenses.

## FINAL FEE APPROVAL AND PAYMENT OF THE UNPAID AMOUNTS

15. This Application has been prepared in accordance with the Interim Compensation Order and Retention Order. Cederquist is only seeking compensation for

services rendered to the Debtors and its estates for the Application period in connection with the Cases.

16. During the Application Period, Cederquist incurred fees in the amount of $65,345.49 for legal services provided to and on behalf of the Debtors and expenses in the amount of $4,035.37 incurred in connection with such services. Additionally, Cederquist has already received, pursuant to the Interim Compensation Order and the Retention Order a total of $46,900.04 for legal services provided to the Debtors and $513.30 for expenses incurred in connection therewith.

17. As of the date of this Final Application, a total of $18,445.45 in fees and $3,522.07 in expenses remains unpaid. Through this Final Application, Cederquist seeks final approval of all fees and expenses incurred during the Cases and payment in the amount $21,967,52.

**WHEREFORE,** Cederquist respectfully requests that the Proposed Order be entered granting the following:

(i) final allowance of $65,345.49 in compensation for the Final Period;

(ii) final allowance of $4,035.37 in expense reimbursement for the Final Period;

(iii) authorization and final approval of the interim payments received by Cederquist in accordance with the Interim Compensation Order;

(iv) authorization and direction of payment to Cederquist of the additional amounts due and owing; and

(v) such other and further relief deemed appropriate under the circumstances.

6

Dated: October 13, 2010

PPM TECHNOLOGIES HOLDING, INC., *et al.*

By: /s/ *Nancy A. Peterman*
Nancy A. Peterman, ARDC No. 6208120
Sean W. Bezark, ARDC No. 6203767
Greenberg, Traurig, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601
Phone: 312-456-8400 Fax: 312-456-8435
petermann@gtlaw.com
bezarks@gtlaw.com

*Counsel for the Debtors
and Debtors in Possession*

Cederquist hereby certifies paragraph 10 of the Application.

Dated: October 14, 2010

ADVOKATFIRMAN CEDERQUIST KB

By: [signature]
Claude Unge
Advokatfirman Cederquist KB
Hovslagargatan 3
P.O Box 1670
111 96 Stockholm, Sweden
Phone: +46-8-52206509
Fax: 46-8-52206700
claude.unge@cederquist.se

*Swedish Insolvency Counsel for the Debtors
and Debtors in Possession*

8

**CERTIFICATE OF SERVICE**

  I, Nancy Peterman, an attorney, hereby certify that on October 21, 2010, I caused a complete and accurate copy of the foregoing **FINAL MONTHLY APPLICATION OF ADVOKATFIRMAN CEDERQUIST KB FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SWEDISH INSOLVENCY COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 12, 2010 TO AND INCLUDING SEPTEMBER 1, 2010** (the "**Application**") to be served via this Court's ECF notification system upon each of the parties identified on the Service List below my electronic signature.

  I, Nancy Peterman further certify that on October 21, 2010, I caused a copy of the Application to be served via Federal Express overnight delivery upon the parties so indicated below my electronic signature in accordance with the procedures established in the Interim Compensation Order as defined in the foregoing Application.

                      */s/ Nancy Peterman*

**PPM Technologies Holdings, Inc. - Service List**

Ernesto D Borges on behalf of Debtor PPM Technologies Holding, Inc. aferreria@billbusters.com, BillBusters@BestClientInc.com

Devon J Eggert on behalf of Creditor Committee The Official Committee of Unsecured Creditors - deggert@freebornpeters.com, bkdocketing@freebornpeters.com (ECF & FEDERAL EXPRESS)

  Devon J. Eggert
  Freeborn & Peters LLP
  311 South Wacker Drive
  Suite 3000
  Chicago, IL  60606

Michael M. Eidelman on behalf of Creditor Shearer's Foods, Inc. - meidelman@vedderprice.com, ecf-docket@vedderprice.com

Thomas R. Fawkes on behalf of Creditor Committee The Official Committee of Unsecured Creditors - tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com com (ECF & FEDERAL EXPRESS)

  Thomas R. Fawkes
  Freeborn & Peters LLP
  311 South Wacker Drive
  Suite 3000
  Chicago, IL  60606

Glenda J Gray on behalf of Stockholder Leroy Wright - ladylawgray@aol.com

John K Lyons on behalf of Interested Party Calliope Capital Corporation - jlyonsch@skadden.com, mmirkovi@skadden.com com (ECF & FEDERAL EXPRESS)

  John K. Lyons

    Skadden Arps Slate Meagher & Flom LLP
    155 N. Wacker Drive
    Chicago, IL 60606

Michael L Molinaro on behalf of Creditor Aurora Management Partners, Inc. - mmolinaro@loeb.com, chdocket@loeb.com; mjawor@loeb.com

Gretchen Silver - USTPRegion11.ES.ECF@usdoj.gov com (ECF & FEDERAL EXPRESS)

    Gretchen Silver
    Office of the U.S. Trustee, Region 11
    219 S Dearborn St. Room 873
    Chicago, IL 60604

Nancy A Peterman on behalf of Debtor PPM Technologies Holding, Inc.
petermann@gtlaw.com, carlsonk@gtlaw.com; greenbergc@gtlaw.com;

Karen J Porter on behalf of Debtor PPM Technologies Holding, Inc. - kjplawnet@aol.com, kjplawnet@aol.com

William W Thorsness on behalf of Creditor Shearer's Foods, Inc. - wthorsness@vedderprice.com

Gerard P. Walsh on behalf of Creditor Golub & Company, LLC - gwalsh@crowleylamb.com, cfowler@crowleylamb.com; shurley@crowleylamb.com; raguilar@crowleylamb.com

Stephen A. Ginther on behalf of the Missouri Department of Revenue   - ndilecf@dor.mo.gov

John Palmer (FEDERAL EXPRESS)

    John Palmer
    PPM Technologies
    500 E Illinois Street
    Newberg, OR 97132

Stuart Komrower (FEDERAL EXPRESS)

    Stuart Komrower
    Cole, Schotz, Meisel, Forman & Leonard, P.A.
    Court Plaza North
    25 Main Street
    Hackensack, NJ  07601