# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Oregon Conveyor Manufacturing Inc.

)
) **Bankruptcy No.** 10 B 14795
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above -captioned case for another status hearing on <u>February 28, 2013 at 10:30 a.m.</u> In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Karen R. Goodman is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Oregon Conveyor Manufacturing Inc.
Bankruptcy No. 10 B 14795

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*[signature]*
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Ernesto D Borges**
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602

*Trustee*

**Karen R Goodman, ESQ**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

*Debtor*

**Oregon Conveyor Manufacturing Inc**
875 North Michigan Avenue
Suite 2540
Chicago, IL 60611