**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OREGON CONVEYOR | ) | CASE NOS:   10-14788 and 10-14795 |
| MANUFACTURING, INC., et al., | ) | Jointly Administered |
| | ) | |
| DEBTORS[1]. | ) | HEARING DATE:  Thursday, July 17, 2014 |
| | ) | HEARING TIME:   10:00 A.M. |
| | ) | |
| | ) | HONORABLE JACK B. SCHMETTERER |
| | ) | U.S. BANKRUPTCY JUDGE |

**NOTICE OF MOTION**

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **July 17, 2014** at the hour of **10:00 a.m.,** I shall appear before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge, or any Judge sitting in his stead, in Courtroom 682, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO DETERMINE THE VALUE OF CLAIM NO. 29 SECURED BY A LIEN,** filed in Case No. 10-14788.

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (#1008242)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Phone:  (312) 527-4000
Fax:  (312) 275-7570

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of this **Notice and Motion to Determine the Value of Claim No 98 Secured by a Lien** were served upon the above persons by placing copies of same via ECF and in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, with proper postage prepaid on **June 10, 2014**.

/s/ Karen R. Goodman
Karen R. Goodman

---

[1] The Debtors in these cases are PPM Technologies Holdings, Inc., d/b/a PPM Global Corporation and Oregon Conveyor Manufacturing, Inc.

## SERVICE LIST

United States Trustee
219 South Dearborn
Suite 873
Chicago, Illinois  60606

County of Yamhill Tax Collector
ATTN:  Eileen Slater, Chief Deputy Tax Collector
535 NW 5th Street, Room 42
McMinnville, Oregon 97128

Ernesto D Borges
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, Illinois 60602

Nancy A Peterman
Greenberg Traurig, LLP
77 West Wacker Drive Suite 2500
Chicago, Illinois 60601

1291691

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| OREGON CONVEYOR MANUFACTURING, INC., et al. | ) CASE NOS:   10-14788 and 10-14795<br>) Jointly Administered |
| DEBTORS[1] | ) HEARING DATE:  Thursday, July 17, 2014<br>) HEARING TIME:   10:00 A.M.<br>)<br>) HONORABLE JACK B. SCHMETTERER<br>) U.S. BANKRUPTCY JUDGE |

## MOTION TO DETERMINE THE VALUE OF CLAIM NO. 29 SECURED BY A LIEN

Karen R. Goodman, Trustee of Oregon Conveyor Manufacturing, Inc., et al. ("Trustee"), moves for the entry of an Order pursuant to Fed.R.Bankr.P. 3012, reducing the secured value of Claim No. 29 filed by County of Yamhill Tax Collector ("Yamhill") in Case No. 10-14788 in the amount of $51,973.86, plus interest at sixteen percent (16%) to $0.00 and allowing Claim No. 29 as an unsecured claim in the amount of $51,973.86 plus interest at sixteen percent (16%). In support of this Motion, the Trustee states as follows:

1. On April 3, 2010, PPM Technologies Holdings, Inc., d/b/a PPM Global Corporation ("Holdings") and PPM Technologies, Inc., n/k/a Oregon Conveyor Manufacturing, Inc. ("Oregon") filed two separate, related Voluntary Chapter 11 Petitions with respective case numbers of 10 B 14788 and 10 B 14795. Holdings was the parent company of Oregon and owned one hundred percent (100%) of the stock of Oregon.

2. On April 16, 2010, the Court entered an Order directing the joint administration of the Debtors' Chapter 11 cases ("Cases") under Case No. 10 B 14788.

---

[1] The Debtors in these cases are PPM Technologies Holdings, Inc., d/b/a PPM Global Corporation and Oregon Conveyor Manufacturing, Inc.

3. On August 24, 2010, the Cases were converted to Chapter 7 cases. On that same date, a Letter of Appointment as Chapter 7 Trustee was issued to the Trustee in the Cases.

4. On June 14, 2010, Yamhill filed secured Claim No. 29 in the amount of $51,973.86, plus interest at sixteen percent (16%) in Case No. 10-14788, which amended Claim No. 10. A copy of Claim No. 29 is attached hereto as Exhibit A. The basis for the claim filed by Yamhill is 2009 taxes secured by a lien on real estate and personal property ("Collateral"). Prior to the conversion, the Debtors' assets were liquidated through a sale that resulted in the purchase of all of the Debtors' assets by the DIP lenders using a credit bid. No funds were received by the Estate as the result of the asset sale. After application of the amount of the credit bid to its outstanding secured pre-petition, the DIP lender's indebtedness was reduced to no less than $10,931,822.99 and was subject to § 507(b) priority administrative claims. In addition, the DIP lending was in excess of $4,000,000 and was subject to allowed senior secured claims and § 364(c)(1) superpriority claims as to all of the Debtors' assets. Accordingly, the Trustee did not administer the Collateral as part of the administration of the Estate. The only assets administered by the Trustee for the benefit of the Estate were preference and insurance recoveries.

5. Accordingly, since the Trustee did not administer the Collateral for the benefit of the Estate, nor were any proceeds of the Collateral turned over to the Trustee after conversion, the Trustee requests that the secured value of Claim No. 29 filed in Case No. 10-14788 be reduced to $0.00 and Claim No. 29 be allowed as an unsecured claim in the amount of $51,973.86 plus interest at sixteen percent (16%).

WHEREFORE, for the foregoing reasons, the Trustee requests the entry of an Order pursuant to Bankruptcy Rule of Federal Procedure 3012 reducing the secured value of Claim

No. 29 by Yamhill to $0.00 and allowing Claim No. 29 as an unsecured claim in the amount of

$51,973.86 plus interest at sixteen percent (16%).

Respectfully submitted,

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman (#1008242)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Phone:  (312) 527-4000
Fax:  (312) 275-7570

1292009