**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| OREGON CONVEYOR MANUFACTURING, INC. | ) | |
| PPM TECHNOLOGIES, INC. | ) | CASE NO. 10-14788 JBS |
| PPM GLOBAL CORPORATION | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:  Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to:  Trustee

Date of Order Authorizing Employment:  April 7, 2011

Period for Which
Compensation is sought:  May 6, 2014 – July 30, 2014 (Fourth and Final Application)

Amount of Fees sought:  $2,938.60

Amount of Expense
Reimbursement sought:  $43.57

This is an:          Interim Application _____          Final Application ___X___

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 10/24/2012 | 4/7/2011 – 10/17/2012 | $ 24,804.56 | $ 24,804.56 |
| 10/27/2014 | 10/18/2012 – 2/20/2013 | $ 3,397.30 | $ Not yet ruled upon. |
| 10/27/2014 | 2/21/2013 – 5/5/2014 | $ 1,843.10 | $ Not yet ruled upon. |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:

$ 24,804.56

Date:  10/27/2014 _____          By:  Alan D. Lasko & Associates, P.C. _____
                                                        Applicant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Oregon Conveyor Manufacturing, Inc.** | ) | No. 10 B 14788 |
| | ) | |
| 20-8848475 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Jack B. Schmetterer |

### FOURTH AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public

Accountants, request fourth and final compensation of $2,938.60 and expenses of $43.57 for the

time period from May 6, 2014 through July 30, 2014.  A detail is provided herein for the Estate,

which identifies by subject matter the services performed by the Applicant.  Additional detail is

provided to reflect the function and individual performing said services.  Lastly, each individual's

classification and hourly rate is also reflected.  In addition, attached is the Affidavit pursuant to

Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this Fourth and Final Fee Application pursuant to 28 U.S.C. §

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## OREGON CONVEYOR MANUFACTURING, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

### GENERAL

The Debtor filed a petition under Chapter 11 on or about April 3, 2010. The proceedings converted to one under Chapter 7 on or about August 24, 2010. A Trustee was subsequently appointed. On April 7, 2011, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's year 2014 short period final income tax returns.

## OREGON CONVEYOR MANUFACTURING, INC.

### FEE APPLICATION

The fees sought by this Fourth and Final Fee Application reflect an aggregate of 17.0 hours of ADLPC's time spent and recorded in performing services during the Fourth and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which fourth and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## OREGON CONVEYOR MANUFACTURING, INC.

**BREAKDOWN BY CATEGORIES**

The categories in this Application as listed below:

**BILLING**

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost             $118.00

A recap of compensation for this category is as follows:

|                   | Hours | Rate       | Amount      |
|-------------------|-------|------------|-------------|
| A. Lasko          | 0.2   | $ 280.00   | $    56.00  |
| C. Wilson, Staff  | 1.0   | 62.00      | 62.00       |
|                   | 1.2   |            | $   118.00  |

**TAX PREPARATION**

The Applicant incurred 13.7 hours in the preparation of the Estate's year 2014 short period final workpapers and year-end tax return.  Also included is the estimated time for the Estate's final information returns.

        Cost             $2,232.60

A recap of compensation for this category is as follows:

|                   | Hours | Rate       | Amount        |
|-------------------|-------|------------|---------------|
| A. Lasko          | 5.4   | $ 280.00   | $   1,512.00  |
| K. Seyller, Senior| 1.0   | 122.00     | 122.00        |
| J. Lasko, Staff   | 7.3   | 82.00      | 598.60        |
|                   | 13.7  |            | $   2,232.60  |

## OREGON CONVEYOR MANUFACTURING, INC.

### RESPOND TO TAX AUTHORITIES

The Applicant incurred 2.1 hours in working with the Illinois Department of Revenue to not pursue an "audit/examination" of the Debtor for the tax year 2011.  The Illinois Department of Revenue chose to not pursue the examination.

|  |  |
|---|---|
| Cost | $588.00 |

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.1 | $ 280.00 | $ 588.00 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its fourth and final fee period are as follows:

## OREGON CONVEYOR MANUFACTURING, INC.

| Recap by Project | First Interim Application | Second Interim Application | Third Interim Application |
|---|---|---|---|
| Billing | $ 614.40 | $ 117.00 | $ 117.60 |
| Tax Preparation | 24,102.24 | 2,252.20 | 1,481.20 |
| Respond to Tax Authorities | - | - | 217.80 |
| Net Request | $ 24,716.64 | $ 2,369.20 | $ 1,816.60 |

| Recap by Project | Fourth and Final Application | Total |
|---|---|---|
| Billing | $ 118.00 | $ 967.00 |
| Tax Preparation | 2,232.60 | 30,068.24 |
| Respond to Tax Authorities | 588.00 | 805.80 |
| Net Request | $ 2,938.60 | $ 31,841.04 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 8.7 | $ 967.00 | $ 111.15 |
| Tax Preparation - Net | 212.8 | 30,068.24 | $ 141.30 |
| Respond to Tax Authorities | 3.2 | 805.80 | $ 251.81 |
| | 224.7 | $ 31,841.04 | $ 141.70 |

The Applicant received its first interim compensation for the period April 7, 2011 through October 17, 2012 of compensation of $24,716.64 and expenses of $87.92.

## OREGON CONVEYOR MANUFACTURING, INC.

The Applicant has not received its second and third interim compensation for the periods as follows:

| | Compensation | Expenses |
|---|---|---|
| 10/18/12-02/20/13 | $   2,369.20 | $   28.10 |
| 02/21/13-05/05/14 | 1,816.60 | 26.50 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim Application | Second Interim Application | Third Interim Application | Fourth and Final Application | Total |
|---|---|---|---|---|---|
| Postage | $   6.32 | $   5.32 | $   - | $   4.27 | $   15.91 |
| Copy Costs | 65.60 | 16.50 | 18.50 | 23.30 | 123.90 |
| Delivery | 16.00 | - | 8.00 | 16.00 | 40.00 |
| Overnight | - | 6.28 | - | - | 6.28 |
| | $   87.92 | $   28.10 | $   26.50 | $   43.57 | $   186.09 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has

## OREGON CONVEYOR MANUFACTURING, INC.

taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Fourth and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of

8

## OREGON CONVEYOR MANUFACTURING, INC.

the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   As shown by this Fourth and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.   Accordingly, approval of the fourth and final compensation sought herein for the Compensation Period is warranted.

### REQUEST FOR REDUCED NOTICE PURSUANT TO FED. R. BANKR. PROC. RULE 2002(m)

1.      ADLPC requests that notice to the 20 largest creditors as well as all of the ECF notice parties be sufficient to satisfy the requirements of F.R.B.P. 2002(a)(3).   ADLPC has still met the 21 day requirement of F.R.B.P. 2002(a).   There are currently over 370 parties on the service list. Serving all of these parties would result in additional unnecessary expense to the Estate and provide little benefit.

OREGON CONVEYOR MANUFACTURING, INC.

2.      Notice of this Fee Application has been given to: (a) the Office of the United States Trustee; (b) counsel of record; and (c) the 20 largest creditors.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested fourth and final compensation of $2,938.60 and expenses of $43.57 should be allowed for services by your Applicant for the period May 6, 2014 through July 30, 2014, as well as the previously mentioned second and third interim fee petitions as follows:

|  | Compensation | Expenses |
|---|---|---|
| 10/18/12-02/20/13 | $ 2,369.20 | $ 28.10 |
| 02/21/13-05/05/14 | 1,816.60 | 26.50 |

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Oregon Conveyor Manufacturing, Inc. | ) | No. 10 B 14788 |
| | ) | |
| 20-8848475 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Jack B. Schmetterer |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
         )      SS.
COUNTY OF COOK )

      I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.      I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2.      I have read the Fourth and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.      The Applicant received its first interim compensation for the period September 7, 2011 through October 17, 2012 of compensation of $24,716.64 and expenses of $87.92.

11

5.    The Applicant has not received its second and third interim compensation for the periods
as follows:

| | Compensation | Expenses |
|---|---|---|
| 10/18/12-02/20/13 | $  2,369.20 | $    28.10 |
| 02/21/13-05/05/14 | 1,816.60 | 26.50 |

FURTHER AFFIANT SAYETH NOT.

_____

Alan D. Lasko

Subscribed and Sworn to before me
this _3o.h_ day of July, 2014.

_____
Notary Public

> OFFICIAL SEAL
> CLAUDETTE WILSON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:05/10/16

## EXHIBIT A

## ORDER OF EMPLOYMENT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )      BK.No.:   10-14788
Oregon Conveyor Manufacturing, Inc., and  )      (Jointly Administered)
PPM Technologies, Inc.,                    )
                                          )      Chapter: 7
                                          )
                                          )      Honorable Jack B. Schmetterer
                                          )
          Debtor(s)                        )

### ORDER ON MOTION TO EMPLOY ACCOUNTANT

THIS CAUSE COMING on to be heard upon the Trustee's Motion to Employ Alan D.
Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as
accountants for the Trustee, due notice having been given and the Court finding
that Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. are
disinterested persons within the meaning of 11 U.S.C. §101(14);

IT IS HEREBY ORDERED THAT the Trustee is authorized to employ Alan D. Lasko of
the accounting firm of Alan D. Lasko & Associates, Inc., certified public
accountants, and with all compensation to be paid as an administrative expense in
such amount as this Court may hereinafter determine and allow upon proper
application.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

APR 07 2011

Dated:

Prepared by counsel of Movant:

Karen R. Goodman (I.D. #1008242)
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone: (312) 527-4000
Facsimile: (312) 275-7570

Rev: 20101008_bko

<u>**EXHIBIT B**</u>

<u>**PERSONNEL**</u>

## OREGON CONVEYOR MANUFACTURING, INC.

The following represents a description of the primary individuals in this engagement.


### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 28 years.  He brings his 38 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


### Karen Seyller – Senior

Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties include the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She is also attending John Marshall Law School to complete her JD in 2014.

## OREGON CONVEYOR MANUFACTURING, INC.

Joseph Lasko – Staff

Mr. Lasko is a third-year staff intern person performing accounting and tax services.  Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.  Mr. Lasko has also completed several post graduate accounting courses.

## EXHIBIT C

### STAFF LEVELS

## OREGON CONVEYOR MANUFACTURING, INC.

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

7/30/2014
4:11 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    1

---

Selection Criteria

---

| Clie.Selection | Include: Oregon Convey.002; Oregon Convey.004; Oregon Convey.012 |
|---|---|

---

| | |
|---|---|
| Nickname | Oregon Convey.002 \| 3742 |
| Full Name | Oregon Conveyor Mfg, Inc. |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 W. Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | tax prep | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 5/5/2014 | | |
| Last charge | 7/30/2014 | | |
| Last payment | 11/18/2012 | Amount | $24,190.16 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/22/2014<br>127549 | J. Lasko<br>800 | 82.00 | 2.70 | 221.40 | Billable |
| | initial preparation of short year 2014 final workpapers and tax returns.<br>Consolidated return not yet complete | | | | |
| 7/23/2014<br>127560 | A. Lasko<br>800 | 280.00 | 0.70 | 196.00 | Billable |
| | worked with staff re: consolidation entries to finalize entity for short period<br>2014 | | | | |
| 7/23/2014<br>127561 | J. Lasko<br>800 | 82.00 | 3.10 | 254.20 | Billable |
| | preparation of workpapers and tax returns - final 2014 | | | | |
| 7/24/2014<br>127605 | A. Lasko<br>800 | 280.00 | 1.80 | 504.00 | Billable |
| | review of workpapers by entity and consolidation for final return 2013 | | | | |
| 7/25/2014<br>127616 | J. Lasko<br>800 | 82.00 | 0.30 | 24.60 | Billable |
| | prepared changes to workpapers and return based upon addtional<br>infomraton received | | | | |
| 7/28/2014<br>127632 | A. Lasko<br>800 | 280.00 | 0.90 | 252.00 | Billable |
| | completed review of final federal and state income tax returns for 2014 | | | | |

7/30/2014                              Alan D. Lasko & Associates, P.C.
4:11 PM                                    Pre-bill Worksheet                                    Page        2

Oregon Convey.002:Oregon Conveyor Mfg, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/29/2014 127647 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | perpared irs 60 day letter for final return | | | | |
| 7/29/2014 127648 | A. Lasko 800 | 280.00 | 1.10 | 308.00 | Billable |
| | performed research for final return requirements of Oregon Consoldiated return | | | | |
| 7/29/2014 127649 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | sign off of federal and state final returns and irs 60 day copy and letter | | | | |
| 7/29/2014 127657 | K. Seyller 800 | 122.00 | 0.70 | 85.40 | Billable |
| | performed further research of Oregon income tax return for final return requirements for dissolution of corporation; researched business entity registration and dissolution per secretary of state's office. | | | | |
| 7/29/2014 127679 | A. Lasko 800 | 280.00 | 0.30 | 84.00 | Billable |
| | prepared secretary of state's disolution form for debtor | | | | |
| 7/30/2014 127681 | J. Lasko 800 | 82.00 | 1.20 | 98.40 | Billable |
| | Estimated time to prepare estate's final infomation tax returns and cover letter to trustee | | | | |
| 7/30/2014 127682 | K. Seyller 800 | 122.00 | 0.30 | 36.60 | Billable |
| | Estimated time to review estate's final infomation tax return and cover letter to trsutee | | | | |

| TOTAL | Billable Fees | | 13.70 | | $2,232.60 |
|---|---|---|---|---|---|

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/29/2014 127666 | C. Wilson 115 | 23.30 | 1.000 | 23.30 | Billable |
| | Photocopy costs of 2014 Forms 1120 income tax returns - 233 pages @ $.10 per page. | | | | |
| 7/29/2014 127667 | C. Wilson 105 | 1.19 | 1.000 | 1.19 | Billable |
| | Postage for Articles of Dissolution. | | | | |

7/30/2014                          Alan D. Lasko & Associates, P.C.
4:11 PM                                Pre-bill Worksheet                                    Page      3

Oregon Convey.002: Oregon Conveyor Mfg, Inc. (continued)

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|----------------|----------|--------|-------|
| 7/29/2014 127668 | C. Wilson 116 | 8.00 | 1.000 | 8.00 | Billable |
| | Delivery of 2014 Forms 1120 income tax returns - confirmation #1404811890. | | | | |
| 7/30/2014 127669 | C. Wilson 116 | 8.00 | 1.000 | 8.00 | Billable |
| | Delivery of 2014 Form 966, Corporate Dissolution or Liquidation - confirmation #1404835131. | | | | |

| TOTAL | Billable Costs | | | | $40.49 |

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $2,232.60 | |
| Total of Fees (Time Charges) | | $2,232.60 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips | $40.49 | |
| Total of Costs (Expense Charges) | | $40.49 |
| Total new charges | | $2,273.09 |
| Previous Balance | | |
| 120 Days | $2,280.30 | |
| 60 Days | $1,507.70 | |
| Total Previous Balance | | $3,788.00 |
| New Balance | | |
| 120 Days | $2,280.30 | |
| 60 Days | $1,507.70 | |
| Current | $2,273.09 | |
| Total New Balance | | $6,061.09 |

Total Overdue:  $3,788.00

7/30/2014
4:11 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Oregon Convey.002:Oregon Conveyor Mfg, Inc. (continued)

| | Amount | Total |
| --- | --- | --- |

**EXHIBIT D-2**

**RESPOND TO TAX AUTHORITIES**

7/30/2014
4:11 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page      5

| | |
|---|---|
| Nickname | Oregon Convey.004 \| 4459 |
| Full Name | Oregon Conveyor Mfg, Inc. |
| Address | c/o Karen R. Goodman, Trustee |
| | 111 W. Wacker Drive |
| | Suite 2800 |
| | Chicago IL 60601-3713 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | respond to tax authorities | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 5/5/2014 | | |
| Last charge | 7/24/2014 | | |
| Last payment | | Amount | $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/25/2014 126788 | A. Lasko 800 | 280.00 | 0.70 | 196.00 | Billable |
| | review of notice and call to Illinois dept of revenue re: audit exam notice for tax year 2010. | | | | |
| 6/25/2014 126789 | A. Lasko 800 | 280.00 | 0.30 | 84.00 | Billable |
| | 2 calls to trustee to discuss issues related to the notice and the request by the Illinois auditor. | | | | |
| 6/26/2014 126810 | A. Lasko 800 | 280.00 | 0.80 | 224.00 | Billable |
| | drafted letter to Illinois Dept. of Revenue (IDR) re; data reflecing 2011 state filing in Oregon return in response to 2011 illinois dept audit notice for 2011. | | | | |
| 7/24/2014 127680 | A. Lasko 800 | 280.00 | 0.30 | 84.00 | Billable |
| | prepared recap for Illinois department or revenue agent requesting confirmaiton of the closing of the matter and that there will be no audit conducted on the debtor's returns for 2011. Note:  Trustee subsequently received confirmation letter of the closing of the audit with no change. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 2.10 | | $588.00 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/26/2014 126827 | C. Wilson 105 | 3.08 | 1.000 | 3.08 | Billable |
| | Postage for response to Revenue Auditor Blake Richards of the Illinois Department of Revenue. | | | | |

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Oregon Convey.004:Oregon Conveyor Mfg, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| TOTAL    Billable Costs |  | $3.08 |

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable time slips | $588.00 |  |
| Total of Fees (Time Charges) |  | $588.00 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable expense slips | $3.08 |  |
| Total of Costs (Expense Charges) |  | $3.08 |
| Total new charges |  | $591.08 |
| Previous Balance<br>60 Days | $217.80 |  |
| Total Previous Balance |  | $217.80 |
| New Balance<br>60 Days<br>Current | $217.80<br>$591.08 |  |
| Total New Balance |  | $808.88 |

Total Overdue:  $217.80

**EXHIBIT D-3**

**BILLING TIME**

7/30/2014                          Alan D. Lasko & Associates, P.C.
4:11 PM                                Pre-bill Worksheet                              Page      7

Nickname        Oregon Convey.012 | 3743
Full Name       Oregon Conveyor Mfg, Inc.
Address         c/o Karen R. Goodman, Trustee
                111 W. Wacker Drive
                Suite 2800
                Chicago IL 60601-3713

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To       fee peititon
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill       5/5/2014
Last charge     7/30/2014
Last payment    11/18/2012           Amount      $614.40

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|--------------:|---------------:|---------------:|-------|
| 7/30/2014 127698 | C. Wilson 800 | 62.00 | 1.00 | 62.00 | Billable |
| | Prepared fee petition. | | | | |
| 7/30/2014 127700 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | Prepared fee petition | | | | |

| TOTAL | Billable Fees | | 1.20 | | $118.00 |

Total of billable expense slips                                             $0.00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|--|-------:|------:|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $118.00 | |
| Total of Fees (Time Charges) | | $118.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $118.00 |
| Previous Balance | | |
| 120 Days | $117.00 | |
| 60 Days | $117.60 | |

7/30/2014                         Alan D. Lasko & Associates, P.C.
4:11 PM                               Pre-bill Worksheet                          Page      8

Oregon Convey.012:Oregon Conveyor Mfg, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| Total Previous Balance | | $234.60 |
| New Balance | | |
| 120 Days | $117.00 | |
| 60 Days | $117.60 | |
| Current | $118.00 | |
| Total New Balance | | $352.60 |

Total Overdue:  $234.60