| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | 03/31/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: OREGON CONVEYOR MANUFACTURING, INC. | § | Case No. 10-14788-JBS |
| PPM TECHNOLOGIES, INC. | § | |
| PPM GLOBAL CORPORATION | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/31/2015 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 02/27/2015         By:  /s/KAREN R. GOODMAN
                                                Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**UST Form 101-7-NFR (10/1/2010)**

| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
|---|---|---|
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | 03/31/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: OREGON CONVEYOR MANUFACTURING, INC.   §   Case No. 10-14788-JBS
      PPM TECHNOLOGIES, INC.   §
      PPM GLOBAL CORPORATION   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 271,946.51 |
| *and approved disbursements of* | $ 127,014.45 |
| *leaving a balance on hand of* [1] | $ 144,932.06 |
| **Balance on hand:** | $ 144,932.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 144,932.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 16,847.33 | 0.00 | 16,847.33 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister | 42,557.50 | 0.00 | 42,557.50 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 412.30 | 0.00 | 412.30 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 7,124.40 | 0.00 | 7,124.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses - ALAN D. LASKO | 98.17 | 0.00 | 98.17 |
| Fees, United States Trustee | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses: $ 68,339.70
Remaining balance: $ 76,592.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Calliope Capital Corp | 19,083,686.61 | 0.00 | 76,592.36 |

Total to be paid for prior chapter administrative expenses: $ 76,592.36
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $241,834.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 14,400.68 | 0.00 | 0.00 |
| 3 | Thomas M Dendy | 47,218.79 | 0.00 | 0.00 |
| 6 | Suhail A Khot | 35,565.00 | 0.00 | 0.00 |
| 16P | ANDERSON, VERA | 25,850.15 | 0.00 | 0.00 |
| 21 | STATE OF ILLINOIS DEPT EMPLOYMENT SECURITY | 89.31 | 0.00 | 0.00 |
| 26 | SMOKEY POINT DISTRIBUTING, INC. | 70,284.00 | 0.00 | 0.00 |
| 27P | STATE OF MISSOURI, DEPT OF REVENUE | 3,831.58 | 0.00 | 0.00 |
| 36 | State of Wyoming | 206.85 | 0.00 | 0.00 |
| 54 | versa-Fab Inc | 540.00 | 0.00 | 0.00 |
| 68P | Internal Revenue Service | 2,495.35 | 0.00 | 0.00 |
| 72P | IEA INC | 12,849.64 | 0.00 | 0.00 |
| 74P | Department of Revenue, Collection Division | 28,503.39 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 3,298,832.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1U | INTERNAL REVENUE SERVICE | 20,196.01 | 0.00 | 0.00 |
| 2 | IRC ALUMINUM & STAINLESS | 54,290.77 | 0.00 | 0.00 |
| 4 | Solae, LLC | 45,942.71 | 0.00 | 0.00 |
| 5 | BRINKSMAN CONSULTING & TRADING GROUP INC | 19,024.44 | 0.00 | 0.00 |
| 7 | DSC APPRAISAL ASSOCIATES INC | 18,300.00 | 0.00 | 0.00 |
| 8 | DW Engineering Contractors | 18,828.73 | 0.00 | 0.00 |
| 9 | IMCO INC | 107,212.50 | 0.00 | 0.00 |
| 11 | REMCIS LLC | 661,780.00 | 0.00 | 0.00 |
| 12 -2 | Kuehne & Nagel Inc | 99,614.65 | 0.00 | 0.00 |
| 13 | SUNSHINE PRODUCE LTD | 173,600.00 | 0.00 | 0.00 |
| 14 | CV. ARIRA PANGINDO | 530,000.00 | 0.00 | 0.00 |
| 15 | PERKINS AND COMPANY, PC | 67,342.94 | 0.00 | 0.00 |
| 16U | ANDERSON, VERA | 772.16 | 0.00 | 0.00 |
| 18 | LITTLE & CO | 3,148.00 | 0.00 | 0.00 |
| 19 | DUN & BRADSTREET | 7,260.00 | 0.00 | 0.00 |
| 20 | MCMASTER CARR | 7,349.49 | 0.00 | 0.00 |
| 22 | FMC TECHNOLOGIES, INC TUTELO | 59,932.10 | 0.00 | 0.00 |
| 23 | W2007 GOLUB JHC REALTY SERVICES LLC | 97,834.05 | 0.00 | 0.00 |
| 24 | VERIZON BANKRUPTCY | 464.90 | 0.00 | 0.00 |
| 25 | LIBERTY NORTHWEST INSURANCE, CO | 10,358.74 | 0.00 | 0.00 |
| 27U | STATE OF MISSOURI, DEPT OF REVENUE | 286.64 | 0.00 | 0.00 |
| 28 | BRYAN CAVE, LLP | 206,901.50 | 0.00 | 0.00 |
| 29 | COUNTY OF YAMHILL TAX COLLECTOR | 51,973.86 | 0.00 | 0.00 |
| 30 | WRIGHT MACHINERY LTD | 669,673.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 37 | AQ ELAUTOMATIK AB | 8,869.00 | 0.00 | 0.00 |
| 38 | Oles Morrison Rinker & Baker LLP | 1,433.94 | 0.00 | 0.00 |
| 39 | Oli Vibrator, LLC | 7,863.80 | 0.00 | 0.00 |
| 40 | John Devito | 7,410.40 | 0.00 | 0.00 |
| 41 | Thomas Publishing Co. LLC | 948.00 | 0.00 | 0.00 |
| 42 | AIRGAS NORPAC INC | 40,105.85 | 0.00 | 0.00 |
| 43 | Barnes Plastics Inc | 7,799.18 | 0.00 | 0.00 |
| 44 | Douglas Gaines | 11,725.00 | 0.00 | 0.00 |
| 45 | McGuire Bearing Company | 3,521.62 | 0.00 | 0.00 |
| 46 | Reflected Light LLC | 1,425.00 | 0.00 | 0.00 |
| 48 | Rogers Machinery | 1,081.00 | 0.00 | 0.00 |
| 49 | Rolled Threads Unlimited LLC | 2,057.10 | 0.00 | 0.00 |
| 50 | Northwest Natural Gas Co | 3,147.24 | 0.00 | 0.00 |
| 51 | Palm Abrasive | 7,868.33 | 0.00 | 0.00 |
| 52 | Power Drives Inc | 2,698.57 | 0.00 | 0.00 |
| 53 | Thompson Industrial | 7,092.58 | 0.00 | 0.00 |
| 55 | Pyramid Communication AB | 9,054.00 | 0.00 | 0.00 |
| 56 | Northwest Machine Works Inc | 1,576.00 | 0.00 | 0.00 |
| 57 | United Employers Association | 1,405.50 | 0.00 | 0.00 |
| 58 | SLR International Corporation | 1,702.91 | 0.00 | 0.00 |
| 59 | Spencer Aircraft | 151.20 | 0.00 | 0.00 |
| 60 | CORRY RUBBER CORPORATION | 25,316.30 | 0.00 | 0.00 |
| 61 | Electro Chem Metal Finish | 1,457.60 | 0.00 | 0.00 |
| 62 | LCD Lighting Inc | 657.40 | 0.00 | 0.00 |
| 63 | NEWJAC INC | 30,409.00 | 0.00 | 0.00 |
| 64 | Hitachi Maxco Ltd | 48.00 | 0.00 | 0.00 |
| 65 | Eriez Mfg Co | 4,151.84 | 0.00 | 0.00 |
| 66 | The Malibu Group | 9,000.00 | 0.00 | 0.00 |
| 71 | Alasco Rubber & Plastic Corp | 825.00 | 0.00 | 0.00 |
| 72U | IEA INC | 130,199.40 | 0.00 | 0.00 |
| 73 | BEAVER STATE PLASTICS | 29,706.18 | 0.00 | 0.00 |
| 74U | Department of Revenue, Collection Division | 6,038.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $        0.00
Remaining balance:                                        $        0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 47,742.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 67 | McLean Thermal - Pentair Tech Prod | 1,811.00 | 0.00 | 0.00 |
| 68U | Internal Revenue Service | 20,196.01 | 0.00 | 0.00 |
| 69 | Backer's Potato Chips | 25,644.40 | 0.00 | 0.00 |
| 75P | Arkansas Dept. of Finance & Administration | 25.35 | 0.00 | 0.00 |
| 75U | Arkansas Depart. of Finance & Administration | 65.24 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
                                                            Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Application For
# Trustee's Compensation

Printed: 12/15/14 11:54 AM

**Debtor:** OREGON CONVEYOR MANUFACTURING, INC.          **Case:** 10-14788

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 269,846.51 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 219,846.51 | = | 10,992.33 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $16,742.33 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $16,742.33 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $16,742.33 |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $0.00 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $0.00 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $0.00 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $16,742.33 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 12/15/14                    Signed: /s/ KAREN R. GOODMAN

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001                                  Invoice #: 2651502

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 8/25/10 | KRGO | 1.50 | REVIEW INFORMATION REGARDING NEW CASE ASSIGNED; REVIEW DOCKET; TELEPHONE CONFERENCE WITH MS. SILVER RE SAME. |
| 8/25/10 | KRGO | .40 | TELEPHONE CONFERENCE WITH DEBTOR'S ATTORNEY RE BACKGROUND OF CASE AND CONTACT PEOPLE FROM LENDER AND COMMITTEE. |
| 8/26/10 | KRGO | .80 | TELEPHONE CONFERENCE WITH MR. FAWKSES RE BACKGROUND OF CASE, CAUSES OF ACTION, D & O POLICY; DISCUSSION WITH MR. REILLY BATES RE CAUSES OF ACTION AND REVIEW OF LEROY WRIGHT'S CHAPTER 11 |
| 8/31/10 | KRGO | 1.00 | TELEPHONE CONFERENCE WITH MS. CONWAY OF CAPITOL ONE RE WIRE TRANSFER SENT IN ERROR; REVIEW SCHEDULES |
| 9/02/10 | KRGO | .50 | TELEPHONE CONFERENCE WITH MR. PALMER RE BANK ACCOUNTS AND ISSUES RELATED TO CAUSES OF ACTION |
| 9/02/10 | KRGO | .50 | PREPARE MOTION TO EMPLOY COUNSEL FOR TRUSTEE. |
| 9/02/10 | KRGO | .30 | TELEPHONE CONFERENCES AND E-MAILS WITH OFFICE OF ATTORNEY FOR WELLS FARGO RE FUNDS ON DEPOSIT. |
| 9/07/10 | KRGO | .20 | TELEPHONE CONFERENCE WITH MS. CONWAY OF CAPITAL ONE RE FUNDS INCORRECTLY DEPOSITED IN PPM ACCOUNT. |
| 9/13/10 | KRGO | .20 | TELEPHONE CONFERENCE WITH MR. WRIGHT RE WELLS FARGO ACCOUNT(S). |
| 9/13/10 | KRGO | .20 | E-MAILS WITH MR. PALMER RE BANK ACCOUNTS ASSIGNED TO PPM ACQUISITION. |
| 9/15/10 | KRGO | .30 | REVIEW E-MAIL AND ATTACHMENTS FROM MR. PALMER RE CERTAIN DOCUMENTS IN HIS POSSESSION. |
| 9/16/10 | KRGO | .70 | REVIEW E-MAIL AND ATTACHMENTS FROM MR. FAWKES RE PREFERENCES AND D&O POLICY |
| 9/16/10 | KRGO | .20 | CORRESPONDENCE TO MR. PALMER AUTHORIZING CLOSING OF PPM BANK ACCOUNT. |
| 9/20/10 | KRGO | .20 | E-MAILS WITH MS. SILVER AND MR. REILLY-BATES RE CONVERSION OF LEROY WRIGHT CASE. |
| 9/22/10 | KRGO | 1.00 | DISCUSSION WITH MR. REILLY-BATES RE MEETING WITH MR. FAWKES, FORMER COUNSEL FOR COMMITTEE RE CAUSES OF ACTION; MEETING WITH MR. FAWKES AND MR. REILLY-BATES RE CAUSES OF ACTION |
| 9/27/10 | KRGO | .50 | REVIEW E-MAIL AND ATTACHMENTS FROM MR. FAWKES RE PREFERENCES. |
| 9/27/10 | KRGO | .40 | REVIEW CRESCENT'S MOTION FOR ADMIN. CLAIM; TELEPHONE CONFERENCE WITH MR. PALMER RE MOTION. |
| 10/05/10 | KRGO | .20 | REVIEW E-MAILS RE DEATH OF MR. WRIGHT. |
| 10/05/10 | KRGO | .20 | E-MAILS WITH MR. WRIGHT, ATTORNEY FOR WELLS FARGO, RE SETTING UP CONFERENCE CALL WITH HIS CLIENT RE ACCOUNTS AT BANK. |
| 10/11/10 | KRGO | .50 | CONFERENCE CALL WITH MR. WRIGHT AND REP. FROM WELLS FARGO RE ACCOUNTS, SECURED STATUS OF ACCOUNTS AND TURNOVER OF FUNDS. |
| 10/11/10 | KRGO | .40 | E-MAIL TO MR. PALMER RE TURNOVER OF DOCUMENTS; E-MAILS WITH MS. SICKELKA RE DOCUMENTS. |

2

Taft Stettinius & Hollister LLP      Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001                                                                         Invoice #:  2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 10/12/10 | KRGO | .40 | REVIEW AND REVISE CORRESPONDENCE TO MR. LYONS RE TURNOVER OF $50,000 HELD FROM SALE FOR COMMITTEE; E-MAILS WITH MR. REILLY BATES RE SAME. |
| 10/14/10 | KRGO | .30 | REVIEW REVISED LETTER RE TURNOVER OF $50,000; E-MAILS WITH MR. REILLY-BATES RE DOCUMENT TURNOVER. |
| 10/18/10 | KRGO | .40 | REVIEW LEROY WRIGHT OBIT AND E-MAILS BETWEEN MR. REILLY-BATES AND MR. SZILAGYI RE SAME. |
| 10/18/10 | KRGO | .30 | TELEPHONE CONFERENCE WITH MR. FAWKES RE WHEREBOUTS OF FUNDS TO PAY CHAPTER 11 PROFESSIONAL FEES; REVIEW E-MAIL FROM MR. FAWKES RE SAME. |
| 10/19/10 | KRGO | .20 | TELEPHONE CONFERENCE WITH MR. KROMOWER RE $50,000 BEING HELD FOR COMMITTEE |
| 10/25/10 | KRGO | .50 | TELEPHONE CONFERENCE WITH MR. PALMER RE 341 MEETING, DOCUMENTS IN HIS POSSESSION AND MOTION FOR ADMINISTRATIVE CLAIM |
| 10/28/10 | KRGO | 2.00 | PREPARATION FOR SECTION 341 MEETING; REVIEW MOTION FOR TURNOVER OF $50,000 HELD BY SECURED LENDER FOR COMMITTEE; MEETING WITH MR. REILLY-BATES RE MOTION AND UPCOMING 341 MEETING. |
| 11/01/10 | KRGO | 2.50 | PREPARE FOR AND CONDUCT MEETING OF CREDITORS. |
| 11/01/10 | KRGO | .20 | REVIEW E-MAIL AND ATTACHMENTS FROM MS. SICKELKA RE BANK STATEMENT SHOWING TRANSFERS FROM PPM BANK ACCOUNT AND REFERRAL TO UST. |
| 11/03/10 | KRGO | .50 | E-MAILS WITH MR. PALMER AND CREDITOR RE POTATO PROCESSING MACHINERY; REVIEW DRAFT CORRESPONDENCE RE POSSIBLE D&O CLAIM. |
| 11/04/10 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES RE LEROY WRIGHT DEATH. |
| 11/08/10 | KRGO | .20 | REVIEW E-MAIL FROM MR. REILLY-BATES RE ISSUES RELATING TO CRESCENT'S ADMIN. CLAIM. |
| 11/09/10 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE CRESCENT ADMIN. CLAIM. |
| 11/11/10 | KRGO | .70 | REVIEW AND REVISE SETTLEMENT AGREEMENT RE CRESCENT ADMINISTRATIVE CLAIM; E-MAILS WITH MR. REILLY BATES RE SAME; ADDRESS ISSUES RELATING TO RECEIPT OF $50,000 FROM COMMITTEE PURSUANT TO TURNOVER ORDER. |
| 11/15/10 | KRGO | .10 | RECEIPT OF CONFIRMATION OF WIRE TRANSFER FROM COUNSEL FOR SECURED CREDITOR. |
| 11/15/10 | KRGO | .20 | ADDRESS NOTICE ISSUES RE MOTION TO COMPROMISE CRESCENT CLAIM. |
| 11/15/10 | KRGO | .30 | E-MAILS WITH MR. WRIGHT RE PROPOSAL TO RESOLVE SET-OFF OF CD HELD BY WELLS FARGO AGAINST CREDIT ACCOUNT BALANCE. |
| 11/16/10 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE LEROY WRIGHT STATUS HEARING RE ADVERSARY COMPLAINT. |
| 11/17/10 | KRGO | .20 | REVIEW DRAFT MOTION TO COMPROMISE CLAIM WITH CRESCENT. |
| 11/18/10 | KRGO | .20 | E-MAILS WITH GREENBERG TRAURIG RE DECISION NOT TO SEE FEES AGAINST ESTATE. |
| 11/23/10 | KRGO | .20 | E-MAILS WITH MR. WRIGHT RE SET-OFF WITH WELLS FARGO AND CHECK TO BE ISSUED TO TRUSTEE. |
| 12/22/10 | KRGO | .10 | E-MAILS WITH MR. WRIGHT RE PAYMENT OF SETTLEMENT AMOUNT. |
| 12/23/10 | KRGO | .30 | RECEIPT AND PROCESSING OF CHECK FROM WELLS FARGO WHICH IS AMOUNT LEFT AFTER SET OFF OF AMOUNT DUE TO CD HELD AT BANK. |

3

Taft Stettinius & Hollister LLP      Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001　　　　　　　　　　　　　　　　　　　　　　　Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 12/28/10 | KRGO | .30 | TELEPHONE CONFERENCE WITH MR. SZILAGYI RE POTENTIAL INTERVIEW WITH MRS. WRIGHT AND POSSIBLE ASSETS IN BOTH CASES; E-MAILS WITH MR. REILLY-BATES RE CONDUCTING INTERVIEW OF MRS. WRIGHT. |
| 1/11/11 | KRGO | .20 | TELEPHONE CONFERENCE AND E-MAILS WITH CREDITOR RE STATUS OF CASE. |
| 1/24/11 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE CONTACT WITH CHUBB RE D&O POLICY CLAIM. |
| 1/26/11 | KRGO | .50 | PREPARATION OF ANNUAL REPORT. |
| 2/01/11 | KRGO | .30 | REVIEW E-MAIL FROM MS. DALICANDRO FROM CLERK'S OFFICE RE JOINT ADMINISTRATION OF CASES; RESPOND BY E-MAIL |
| 2/04/11 | KRGO | .50 | REVIEW E-MAIL FROM MS. DALICONDRO OF BANKRUPTCY CLERK'S OFFICE RE ADMINISTRATION OF BOTH CASES; TELEPHONE CONFERENCE WITH MS. DALICONDRO RE SAME |
| 2/17/11 | KRGO | .50 | REVIEW E-MAIL FROM MR. REILLY-BATES RE MOTION TO SUBSTITUTE AND ISSUES RELATED TO TAKING DISCOVERY OF MRS. WRIGHT: REVIEW MOTION AND RESPONSIVE E-MAIL TO MR. REILLY-BATES. |
| 2/21/11 | KRGO | .50 | REVIEW MASTER PREFERENCE DEMAND LETTER AND SPREADSHEET; REVIEW INQUIRIES IN E-MAIL FROM MR. REILLY-BATES RE CERTAIN PREFERENCE ISSUES; |
| 2/22/11 | KRGO | .50 | MEETING WITH MR. REILLY-BATES RE PREFERENCE DEMAND LETTERS AND CAUSES OF ACTION |
| 2/24/11 | KRGO | 2.00 | E-MAILS WITH MR. REILLY-BATES RE COURT HEARING IN LEROY WRIGHT ADVERSARY AND NEED TO FILE MOTION TO SUBSTITUTE MR. WRIGHT'S ESTATE AS DEFENDANT. |
| 3/03/11 | KRGO | .20 | REVIEW E-MAILS BETWEEN MR. REILLY-BATES AND CHUBB REPRESENTATIVE RE D&O POLICY. |
| 3/08/11 | KRGO | .20 | EXCHANGE MESSAGES WITH CREDITOR RE STATUS OF CASE. |
| 3/14/11 | KRGO | .30 | REVIEW E-MAILS REGARDING PREFERENCE ISSUES. |
| 3/15/11 | KRGO | .50 | REVIEW E-MAILS FROM MR. REILLY-BATES RE LEROY WRIGHT ASSETS; TELEPHONE CONFERENCE WITH MR. REILLY BATES RE SAME. |
| 3/16/11 | KRGO | .30 | REVIEW REVISED PREFERENCE CHART |
| 3/16/11 | KRGO | .30 | REVIEW E-MAIL FROM MR. REILLY BATES AND ARTICLE REGARDING VENUE ISSUES FOR PREFERENCE COMPLAINTS. |
| 3/17/11 | KRGO | 1.00 | DISCUSSIONS WITH MR. REILLY BATES RE VARIOUS PREFERENCE MATTERS; REVIEW PREFERENCE SPREADSHEET; PROCESS CHECK FOR PAYMENT OF COPYING FEES TO BANK OF AMERICA RE SUBPOENAED DOCUMENTS. |
| 3/23/11 | KRGO | .30 | E-MAILS WITH MR. REILLY BATES RE PREFERENCE ISSUES. |
| 4/04/11 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE MARTIN ENGINEERING PREFERENCE DEMAND. |
| 4/04/11 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE RESPONSE OF YAMHILL COUNTY TO PREFERENCE DEMAND. |
| 4/07/11 | KRGO | 1.20 | COURT APPEARANCE RE MOTION TO RETAIN ACCOUNTANT. |
| 4/14/11 | KRGO | .20 | PREPARE TRUSTEE'S FIRST QUARTERLY REPORT. |
| 4/14/11 | KRGO | .20 | E-MAILS WITH MS. SICKELKA RE TAX RETURNS OF DEBTOR. |
| 5/03/11 | KRGO | .40 | REVIEW DRAFT MOTION TO SET PROCEDURES AND FOR SETTLEMENT AUTHORITY FOR PREFERENCE ACTIONS. |
| 5/04/11 | KRGO | .20 | REVIEW MOTION TO APPROVE SETTLEMENT WITH FMC. |

4

Taft Stettinius & Hollister LLP　　　Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001     Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 5/04/11 | KRGO | .20 | REVIEW MOTIONS TO COMPROMISE WITH CASCADE AND TOOH DINAH |
| 5/17/11 | KRGO | .50 | TELEPHONE CONFERENCE WITH MS. ISRAEL OF DOJ ON BEHALF OF IRS RE LEROY WRIGHT AND PPM BANKRUPTCIES AND ISSUES RELATING TO IRS. |
| 6/02/11 | KRGO | .50 | REVIEW E-MAIL FROM MS. PETERMAN RE DENIAL OF D&O CLAIM; E-MAILS WITH MR. REILLY-BATES RE SAME; REVIEW CORRESPONDENCE BETWEEN MR. REILLY-BATES AND MR. SMITH RE D&O POLICY. |
| 6/06/11 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES TO MR. PALMER RE URL RELEASE ISSUE AND INFORMATION NEEDED FOR D&O POLICY CLAIM. |
| 6/08/11 | KRGO | .30 | REVIEW E-MAIL FROM MR. PALMER RE UL REGISTRATION; DISCUSSION WITH MR. REILLY-BATES RE SAME. |
| 6/21/11 | KRGO | .30 | TELEPHONE CONFERENCE WITH CREDITOR (UPS) RE POSSIBLE ADMINISTRATIVE CLAIM; REVIEW E-MAIL WITH INFORMATION FROM CREDITOR RE CLAIM. |
| 7/18/11 | KRGO | .30 | REVIEW INCOMING WIRE TRANSFER FOR PREFERENCE SETTLEMENT AND PROCESS SAME. |
| 8/09/11 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE STATUS AND FINANCIALS. |
| 8/10/11 | KRGO | .20 | REVIEW E-MAILS FROM MR. LASKO RE TAX RETURNS AND BOOKS AND RECORDS. |
| 8/10/11 | KRGO | .50 | MEETING WITH MR. REILLY BATES RE STATUS OF PREFERENCE ACTIONS AND D&O POLICY ACTION. |
| 8/15/11 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES TO MR. PALMER RE REQUEST FOR DOCUMENTS. |
| 8/22/11 | KRGO | .50 | REVIEW SUBPOENA FROM U.S. ATTORNEY RE DOCUMENTS RELATED TO HEARTLAND MEMORIAL HOSPITAL; E-MAIL AND DISCUSSION WITH MR. REILLY BATES RE RESPONSE TO SUBPOENA. |
| 8/23/11 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES TO GERT WALTER OF PPM RE DOCUMENTS NEEDED. |
| 8/25/11 | KRGO | .20 | REVIEW E-MAILS BETWEEN MR. REILLY BATES AND MS. HOLLOWAY RE PPM RECORDS WHICH WERE REQUESTED. |
| 9/19/11 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE MEETING WITH VERA ANDERSON RE PREFERENCES AND BACKGROUND INFORMATION. |
| 9/20/11 | KRGO | .50 | (UPS) REVIEW INFORMATION RECEIVED FROM CREDITOR RE STATUS OF PAYMENT OF POST-PETITION INVOICES AND E-MAILS WITH MS. DANE OF UPS RE SAME. |
| 9/22/11 | KRGO | .20 | COMMUNICATIONS WITH MR. REILLY BATES RE MEETING WITH MS. VERA ANDERSON RE PREFERENCE AND D&O ISSUES. |
| 10/18/11 | KRGO | 2.00 | ATTEND INTERVIEW OF VERA ANDERSON RE HER KNOWLEDGE OF PPM AND IT'S RELATED COMPANIES AND FINANCIAL DEALINGS OF LEROY WRIGHT. |
| 10/24/11 | KRGO | .50 | PREPARATION OF 3RD QUARTERLY REPORT. |
| 12/19/11 | KRGO | .30 | E-MAILS WITH MR. LASKO AND MR. REILLY BATES RE AVAILABILITY OF TAX RETURNS. |
| 1/03/12 | KRGO | .30 | E-MAILS WITH MR. LASKO RE ISSUES RELATING TO PREPARATION OF TAX RETURNS. |
| 1/04/12 | KRGO | .20 | TELEPHONE CONVERSATION WITH MR. BIRCHFIELD, REP. OF CREDITOR RE CLAIM AGAINST PPM |
| 1/23/12 | KRGO | .50 | PREPARATION OF ANNUAL REPORT. |
| 2/14/12 | KRGO | .30 | TELEPHONE CONFERENCES WITH MR. LASKO RE TAX ISSUES. |

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001                                                                                 Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 2/15/12 | KRGO | .50 | MEETING WITH MR. REILLY-BATES RE STATUS OF SUBPOENA TO WELLS FARGO, PREFERENCE ACTIONS AND D&O POLICY DEMAND. |
| 2/20/12 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES RE SIGNING RELEASE FOR UL RE PREFERENCE WAIVER. |
| 2/29/12 | KRGO | 1.00 | REVIEW DRAFT CORRESPONDENCE TO CHUBB MAKING CLAIM UNDER D&O POLICY; MEETING WITH MR. REILLY-BATES RE CORRESPONDENCE AND CERTAIN D&O ISSUES AND PREFERENCE LETTERS AND COMPLAINTS. |
| 3/01/12 | KRGO | .20 | REVIEW LETTER AND ATTACHMENTS TO MR. SMITH RE D&O CLAIM. |
| 3/07/12 | KRGO | .10 | REVIEW CORRESPONDENCE FROM MR. REILLY BATES TO AIRGAS RE PREFERENCE DEMAND AND REGARDING SECOND PREFERENCE DEMAND. |
| 3/12/12 | KRGO | .20 | E-MAILS AND TELEPHONE CONFERENCE WITH MR. REILLY BATES RE RESPONSE OF CSI LEASING TO PREFERENCE DEMAND. |
| 3/13/12 | KRGO | .80 | TELEPHONE CONVERSATION WITH MR. LASKO RE ISSUES RELATING TO FOREIGN OPERATIONS AND FILING OF TAX RETURNS; REVIEW CLAIM FILED BY SECURED CREDITOR REGARDING NATURE OF CLAIM FOR TAX PURPOSES; TRANSMIT CLAIM TO MR. LASKO. |
| 3/15/12 | KRGO | .50 | REVIEW E-MAILS FROM MR. REILLY BATES REGARDING PREFERENCES; DISCUSSIONS WITH MR. REILLY BATES RE SEVERAL ISSUES RELATING TO SETTLEMENT AND FILING OF LAWSUITS. |
| 3/19/12 | KRGO | 1.50 | REVIEW NUMEROUS E-MAILS WITH MR. REILLY-BATES RE PREFERENCE ISSUES; REVIEW DRAFT FORM PREFERENCE COMPLAINT; MEETING WITH MR. REILLY BATES RE FILING PREFERENCE ACTIONS. |
| 3/19/12 | KRGO | .30 | NUMEROUS E-MAILS WITH MR. REILLY-BATES RE PREFERENCE ACTIONS. |
| 3/20/12 | KRGO | .50 | MEETING WITH MR. REILLY-BATES AND MS. SCHALLER RE PREFERENCE COMPLAINTS. |
| 3/20/12 | KRGO | .40 | E-MAILS WITH MR. REILLY BATES REGARDING PREFERENCE COMPLAINTS. |
| 3/21/12 | KRGO | .20 | REVIEW E-MAILS RE PREFERENCE ISSUES. |
| 3/26/12 | KRGO | .50 | REVIEW VARIOUS E-MAILS WITH MR. REILLY-BATES RE PREFERENCE ACTIONS. |
| 3/27/12 | KRGO | .50 | E-MAILS AND DISCUSSIONS WITH MR. REILLY BATES RE PREFERENCE COMPLAINTS AND SETTLEMENTS. |
| 3/28/12 | KRGO | .50 | REVIEW E-MAILS AND DISCUSSIONS WITH MS. SCHALLER RE PREFERENCE SETTLEMENTS AND COMPLAINTS. |
| 3/29/12 | KRGO | .50 | REVIEW VARIOUS E-MAILS RE PREFERENCE SETTLEMENTS AND ISSUES RELATING TO YAMHILL COUNTY ALLEGED PREFERENCE; DISCUSSION WITH MS. SHELLER RE SAME. |
| 4/02/12 | KRGO | .20 | REVIEW MATERIALS FROM RENASCENT AND REVIEW E-MAIL FROM MR. REILLY BATES RE DEFENSES; E-MAILS WITH MR. REILLY BATES RE DECISION NOT TO PURSUE RENASCENT. |
| 4/02/12 | KRGO | .50 | REVIEW RESEARCH RE YAHMILL COUNTY CLAIM; DISCUSSION WITH MS. SCHALLER RE SAME; REVIEW E-MAILS FROM MS. SCHALLER AND MR. REILLY BATES RE OTHER PREFERENCE ISSUES. |
| 4/09/12 | KRGO | .30 | REVIEW E-MAILS FROM MR. REILLY BATES REGARDING PREFERENCE ACTIONS AGAINST LYNCH AND U.S. BEARINGS. |
| 4/10/12 | KRGO | .20 | REVIEW E-MAILS BETWEEN MR. REILLY BATES AND PILOT FREIGHT SERVICES RE PREFERENCE SETTLEMENT. |
| 4/10/12 | KRGO | .30 | REVIEW E-MAILS RE PREFERENCE SETTLEMENT WITH IEA; DISCUSSION WITH MR. REILLY-BATES RE SAME. |

Taft Stettinius & Hollister LLP      Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001   Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 4/16/12 | KRGO | .20 | PREPARE QUARTERLY REPORT FOR UST. |
| 4/16/12 | KRGO | .30 | E-MAILS WITH MR. REILLY-BATES RE SETTLEMENTS OF PREFERENCE CLAIMS WITH U.S. BEARINGS AND DRIVES AND SMOKEY POINT. |
| 4/16/12 | KRGO | .20 | PROCESS W-9 FOR PREFERENCE SETTLEMENT PAYMENT FROM SALESFORCE.COM |
| 4/17/12 | KRGO | .20 | E-MAILS RE SETTLEMENT OF PREFERENCE CLAIM AGAINST IEA |
| 4/18/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES ABOUT PREFERENCE SETTLEMENT WITH SMOKEY POINT. |
| 4/18/12 | KRGO | .20 | DISCUSSION WITH MR. REILLY BATES RE PREFERENCE SETTLEMENT WITH YAMHILL COUNTY |
| 4/18/12 | KRGO | .10 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT WITH WESTERN INDUSTRIAL |
| 4/18/12 | KRGO | .10 | E-MAILS WITH MR. REILLY BATES RE PREFERENCE SETTLEMENT WITH SMOKEY POINT. |
| 4/23/12 | KRGO | .20 | PROCESS IEA WIRE TRANSFER IN SETTLEMENT OF PREFERENCE CLAIM. |
| 4/24/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT WITH WESTERN INDUSTRIAL. |
| 4/24/12 | KRGO | .30 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT OF IEA PREFERENCE ACTION. |
| 4/26/12 | KRGO | .20 | REVIEW E-MAILS RE SETTLEMENT OF PREFERENCE CLAIM WITH IEA |
| 5/01/12 | KRGO | .20 | PROCESS WIRE TRANSFER FROM IEA FOR PREFERENCE SETTLEMENT. |
| 5/02/12 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE NOTICE TO CREDITORS OF MOTION TO SETTLE |
| 5/02/12 | KRGO | .20 | REVIEW E-MAILS RE SETTLEMENTS OF PREFERENCE CLAIMS |
| 5/03/12 | KRGO | .20 | TELEPHONE CONFERENCE WITH MR. MCSTAY RE HIS INQUIRY RE STATUS OF CASE AND CLAIMS. |
| 5/07/12 | KRGO | .20 | PROCESS PREFERENCE SETTLEMENT CHECK FROM WESTERN INDUSTRIAL FABRICATORS & MACHINIST, INC. |
| 5/24/12 | KRGO | .50 | DISCUSSION WITH MR. REILLY BATES RE HEARING ON MOTION TO COMPROMISE PREFERENCE ACTIONS; ADJUSTMENTS TO RECEIPTS LOG |
| 5/29/12 | KRGO | .50 | TELEPHONE CONFERENCE WITH MR. LASKO RE VARIOUS TAX ISSUES (CORPORATE AND EXCISE) |
| 5/29/12 | KRGO | .80 | DISCUSSION WITH MR. REILLY BATES RE HEARING ON PREFERENCE SETTLEMENTS; REVIEW MOTION AND ORDER AND ANALYZE RECEIPT OF SETTLEMENT FUNDS. |
| 5/29/12 | KRGO | .40 | REVIEW AND EXECUTE 2009 CORPORATE AND EXCISE TAX RETURNS. |
| 5/31/12 | KRGO | 1.50 | MEETING WITH MR. LASKO AND MR. REILLY-BATES RE TAX ISSUES; REVIEW AND ANALYZE PREFERENCE RECOVERIES, OUTSTANDING PREFERENCE COMPLAINTS AND RESPOND TO E-MAIL FROM MR. KOMROWER, ATTORNEY FOR DIP LENDER RE CAUSES OF ACTION. |
| 6/04/12 | KRGO | .80 | TELEPHONE CONFERENCE WITH MR. KOMROWER RE ISSUES RELATING TO DIP LENDERS' SECURITY INTEREST IN CAUSES OF ACTION; TELEPHONE CONFERENCE WITH MR. LASKO RE TAX ISSUES TO BE ADDRESS WITH SECURED LENDER |
| 6/04/12 | KRGO | .30 | MEETING WITH MR. REILLY-BATES RE D&O POLICY |
| 6/04/12 | KRGO | .10 | E-MAILS WITH MR. REILLY-BATES RE PAYMENT PLAN FOR SETTLEMENT OF PREFERENCE CLAIM AGAINST WEST COAST METALS. |

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001

Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 6/06/12 | KRGO | .70 | E-MAIL TO MR. KOMROWER RE PROPOSAL FOR SHARING ARRANGEMENT WITH SECURED CREDITOR RE CONTINUED PURSUIT OF D&O CLAIM AND RE TAX ISSUES |
| 6/06/12 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE D&O POLICY ISSUES. |
| 6/11/12 | KRGO | .30 | REVIEW DENIAL OF D&O POLICY COVERAGE LETTER; DISCUSSION WITH MR. REILLY-BATES RE SAME. |
| 6/11/12 | KRGO | .30 | E-MAILS WITH MR. REILLY-BATES RE COUNTER-PROPOSAL FOR SETTLEMENT OF YAMHILL COUNTY PREFERENCE CLAIM; REVIEW CORRESPONDENCE REGARDING COUNTER-PROPOSAL |
| 6/14/12 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE SETTLEMENT OF SMOKEY POINT DISTRIBUTING PREFERENCE CLAIM. |
| 6/19/12 | KRGO | .40 | REVIEW E-MAIL FROM MR. KOMROWER RE POSSIBLE D&O POLICY COVERAGE LITIGATION; DISCUSSION WITH MR. REILLY-BATES RE RESPONSE. |
| 6/20/12 | KRGO | .20 | REVIEW E-MAILS RE IRC'S EFFORTS TO CHANGE SETTLEMENT. |
| 6/20/12 | KRGO | .50 | MEETING WITH MR. REILLY BATES RE PREFERENCE ISSUES AND D&O POLICY CLAIM AND RESPONSE TO MR. KOMROWER'S EMAIL RE SHARING ARRANGEMENT WITH SECURED CREDITOR |
| 6/21/12 | KRGO | .50 | DRAFT E-MAIL TO MR. KOMROWER RE D&O POLICY CLAIM AND POSSIBLE SHARING ARRANGEMENT WITH SECURED CREDITOR RE SAME. |
| 6/25/12 | KRGO | .20 | PROCESS WIRE TRANSFER FROM SMOKEY POINT DISTRIBUTING FOR PREFERENCE SETTLEMENT. |
| 6/25/12 | KRGO | .10 | REVIEW E-MAILS RE YRC'S ALLEGED PREFERENCE DEFENSES. |
| 7/11/12 | KRGO | .30 | PREPARATION OF QUARTERLY REPORT. |
| 7/11/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT WITH UPS SCS RE PREFERENCE CLAIM. |
| 7/11/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENTS WITH IRC AND YRC. |
| 7/11/12 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE DEFENSES OF PORTLAND GENERAL ELECTRIC TO PREFERENCE CLAIM. |
| 7/16/12 | KRGO | .10 | REVIEW E-MAIL FROM MR. REILLY-BATES RE SETTLEMENT OF AIRGAS NOR PAC PREFERENCE CLAIM |
| 7/17/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT OFFER FROM YRC RE PREFERENCE CLAIM. |
| 7/17/12 | KRGO | .40 | E-MAILS WITH MR. KOMROWER RE SHARING AGREEMENT FOR D&O POLICY CLAIM. |
| 7/19/12 | KRGO | .50 | MEETING WITH MR. REILLY-BATES RE STATUS OF PREFERENCE ACTIONS. |
| 8/03/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT OFFER FROM AIRGAS NOR PAC RE PREFERENCE CLAIM. |
| 8/07/12 | KRGO | .40 | REVIEW PREFERENCE COLLECTIONS; E-MAIL TO MR. KOMROWER RE SAME AND RE STIPULATION RE D&O POLICY |
| 8/09/12 | KRGO | .20 | REVIEW RESPONSE OF MR. SMITH OF CHUBB TO D&O POLICY COVERAGE DEMAND; E-MAILS WITH MR. REILLY-BATES RE SAME. |
| 8/13/12 | KRGO | 1.30 | DRAFT STIPULATION RE AGREEMENT WITH DIP LENDER TO SHARE ANY PROCEEDS OF D&O POLICY CLAIM RECOVERY. |
| 8/13/12 | KRGO | .50 | MEETING WITH MR. REILLY BATES RE RESPONSE RECEIVED FROM CHUBB RE REDUCED D&O POLICY DEMAND AND DISCUSS STRATEGIES FOR GOING FORWARD. |

8

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001                                          Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 8/13/12 | KRGO | .20 | REVIEW E-MAILS BETWEEN MR. REILLY-BATES AND MR. KOMROWER RE ISSUES RE D&O POLICY COVERAGE. |
| 8/13/12 | KRGO | .10 | REVIEW E-MAIL FROM MR. LASKO TO MR. MATHISON RE TAX ISSUES RELATING TO CREDIT BID. |
| 8/14/12 | KRGO | .60 | EDITING OF STIPULATION RE D&O CLAIM; E-MAIL TO MR. KOMROWER RE DRAFT STIP. |
| 8/20/12 | KRGO | .20 | PROCESS SETTLEMENT CHECK RECEIVED FROM GENUINE PARTS COMPANY. |
| 8/20/12 | KRGO | .40 | REVIEW CHANGES FROM MR. KOMROWER TO STIPULATION RE AMENDMENT TO DIP ORDER; E-MAILS WITH MR. KOMROWER RE SAME. |
| 8/28/12 | KRGO | .20 | E-MAILS WITH MR. LASKO RE TAX ISSUES; E-MAILS WITH MR. KOMROWER RE D&O POLICY ISSUES. |
| 9/04/12 | KRGO | .20 | REVIEW AND RESPOND TO E-MAIL FROM MR. REILLY-BATES RE SETTLEMENT PROPOSAL FROM IRC ALUMINUM. |
| 9/17/12 | KRGO | .20 | E-MAILS WITH MR. REILLY BATES RE SETTLEMENT WITH IRC ALUMINUM; REVIEW SETTLEMENT AGREEMENT. |
| 10/01/12 | KRGO | .20 | REVIEW E-MAIL FROM MR. KOMROWER RE STATUS AND E-MAILS WITH MR. REILLY-BATES RE SAME. |
| 10/01/12 | KRGO | .20 | REVIEW AND ANALYZE EXPRESS EMPLOYMENT'S COUNTER OFFER TO PREFERENCE CLAIM DEMAND. |
| 10/15/12 | KRGO | .20 | E-MAILS WITH MS. SCHALLER RE EXPRESS COUNTER OFFER |
| 10/16/12 | KRGO | .20 | DISCUSSION WITH MS. SCHALLER RE INCLUDING CLAIMS WAIVER AS PART OF SETTLEMENT WITH EXPRESS; E-MAILS WITH MS. SCHALLER RE SAME |
| 10/18/12 | KRGO | .50 | REVIEW AND REVISE DRAFT FEE APPLICATION FOR COUNSEL FOR THE TRUSTEE. |
| 10/22/12 | KRGO | .30 | REVIEW IRS NOTICE; E-MAILS WITH MR. LASKO RE SAME. |
| 10/23/12 | KRGO | .50 | REVIEW ACCOUNTANT'S FIRST INTERIM FEE APPLICATION. |
| 10/31/12 | KRGO | .30 | PREPARATION OF QUARTERLY REPORT |
| 10/31/12 | KRGO | .20 | PROCESS WIRE TRANSFER PAYMENT FOR PREFERENCE SETTLEMENT FROM WEST COAST METALS. |
| 12/10/12 | KRGO | .50 | REVIEW CORRESPONDENCE TO MR. SMITH OF CHUBB RESPONSIVE TO HIS LAST LETTER DENYING COVERAGE; MEETING WITH MR. REILLY-BATES RE SAME. |
| 1/09/13 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE STATUS OF D&O DEMAND AND PREFERENCES ACTIONS. |
| 1/30/13 | KRGO | .50 | MEETING WITH MR. REILLY-BATES RE D&O ACTION AND LAST PREFERENCE ACTIONS. |
| 1/30/13 | KRGO | .20 | E-MAIL WITH MR. REILLY-BATES RE RESPONSE FROM CHUBB THAT THEY WILL RESPOND TO OUR LATEST DEMAND WITHIN ABOUT 2 WEEKS. |
| 2/18/13 | KRGO | .50 | MEETING WITH MR. REILLY-BATES RE SETTLEMENT OFFER FROM CHUBB. |
| 2/19/13 | KRGO | .50 | E-MAIL TO MR. KOMROWER RE SETTLEMENT WITH CHUBB AND ANALYSIS OF PAYMENT DUE TO SECURED CREDITOR FROM SETTLEMENT AND FROM PREFERENCE COLLECTIONS. |
| 2/20/13 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE SETTLEMENT WITH EXPRESS SERVICES. |
| 2/21/13 | KRGO | .30 | REVIEW E-MAIL FROM MR. KOMROWER; E-MAIL TO MR. KOMROWER RE REFERENCES TO DIP ORDER FOR SETTLEMENT AND PREFERENCE RECOVERY ANALYSIS. |

9

Taft Stettinius & Hollister LLP

Client/File #: F30648/00001                                                                 Invoice #: 2651502

| Date | Atty | Hours | Description Of Services Rendered |
|---|---|---|---|
| 2/28/13 | KRGO | 1.00 | COURT APPEARANCE RE STATUS ON CASE PER COURT ORDER. |
| 3/11/13 | KRGO | .30 | REVIEW DRAFT MOTION TO SET ADMINISTRATIVE BAR DATE; MEETING WITH MR. REILLY-BATES RE SAME. |
| 4/11/13 | KRGO | .20 | E-MAILS WITH MR. REILLY-BATES RE DISTRIBUTION ISSUES. |
| 4/29/13 | KRGO | 1.00 | REVIEW AND REVISE MOTION TO COMPROMISE AND SETTLE; DISCUSSION WITH MR. REILLY BATES RE SAME; E-MAILS WITH MR. KOMROWER RE INCLUDING REQUEST TO PAY SECURED CREDITOR IN MOTION. |
| 5/20/13 | KRGO | .40 | REVIEW AND ANALYZE E-MAILS RE REMNANT SALE OFFER; E-MAIL TO MR. CLEMMONS RE SAME. |
| 5/22/13 | KRGO | .40 | E-MAILS WITH MR. CLEMMONS OF OAK POINT PARTNERS RE REMNANT SALE. |
| 5/23/13 | KRGO | .10 | REVIEW ORDER AUTHORIZING SETTLEMENT WITH D&O INSURER AND E-MAIL TO MR. SMITH OF CHUBB RE PAYMENT. |
| 5/29/13 | KRGO | .20 | RECEIPT AND PROCESSING OF D&O POLICY SETTLEMENT CHECK FROM CHUBB. |
| 6/03/13 | KRGO | .20 | E-MAILS WITH MR. KOMROWER RE PAYMENT TO HIS CLIENT FROM D&O SETTLEMENT PROCEEDS. |
| 6/04/13 | KRGO | .30 | ISSUE CHECK TO SECURED CREDITOR FROM D&O SETTLEMENT PROCEEDS; CORRESPONDENCE TO MR. KOMROWER RE SAME. |
| 6/10/13 | KRGO | 1.00 | PREPARATION OF MOTION TO ABANDON BOOKS AND RECORDS. |
| 10/30/13 | KRGO | .40 | MEETING WITH MR. REILLY BATES RE SECURED CREDITOR RE PREFERENCE RECOVERIES AND PREPARING FINAL FEE APPLICATION |
| 2/11/14 | KRGO | .50 | Review and revise correspondence to Mr. Komrower regarding his client's secured claim and enclosing Stipulation to Reclassify |
| 3/10/14 | KRGO | .30 | Review Application for Compensation from Accountant. |
| 4/16/14 | KRGO | .40 | Preparation of Trustee's Interim Report |
| 5/07/14 | KRGO | .50 | Review preference worksheet; discussion with Mr. Reilly-Bates regarding issues raised in Mr. Komrower's e-mail regarding preference recoveries and the DIP order calculation of amounts due to his client. |
| 5/13/14 | KRGO | .60 | Review and revise draft e-mail prepared by Mr. Reilly-Bates to Mr. Komrower regarding DIP lender's claim; discussion with Mr. Reilly-Bates regarding same. |
| 6/03/14 | KRGO | .50 | E-mails and telephone conferences with Ms. Dalicondro regarding whether to deconsolidate cases or file joint TFR. |
| 6/09/14 | KRGO | 3.00 | Preparation of Motions to Value secured claims for claims filed as secured in both cases. |
| 6/26/14 | KRGO | 1.00 | Court appearance regarding status of filing TFR |
| 10/20/14 | KRGO | 2.00 | Preparation of Trustee's Final Report |
| 10/21/14 | KRGO | 2.00 | Preparation of Trustee's Final Report. |
|  |  | 91.00 | TOTAL |

Taft Stettinius & Hollister LLP       Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix