| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: OREGON CONVEYOR MANUFACTURING, INC.   §   Case No. 10-14788
         PPM TECHNOLOGIES, INC.                                       §
         PPM GLOBAL CORPORATION                              §
Debtor(s)                                                                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $92,017.00           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,500.00       Claims Discharged
                                                                          Without Payment: $3,559,906.16

Total Expenses of Administration: $249,446.51

---

3) Total gross receipts of $ 271,946.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $271,946.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $22,500.00 | $22,500.00 | $22,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 172,854.15 | 172,854.15 | 172,854.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 19,083,686.61 | 19,083,686.61 | 76,592.36 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 241,834.74 | 241,834.74 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,511,388.06 | 3,346,574.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $23,032,263.56 | $22,867,450.31 | $271,946.51 |

4) This case was originally filed under Chapter 7 on April 03, 2010. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/04/2015            By: /s/KAREN R. GOODMAN
                  Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Well Fargo Bank Account (secured account) | 1129-000 | 2,796.06 |
| Turnover of Funds per Court Order of 11/05/10 | 1290-010 | 50,000.00 |
| Preference Recovery -Tooh Dineh Industries, Inc | 1241-000 | 8,000.00 |
| Preference Recovery-Cascade Controls NW | 1241-000 | 4,800.00 |
| Preference Recovery - FMC Technologies | 1241-000 | 8,040.00 |
| IRS Refund | 1224-000 | 456.00 |
| Preference Recovery-Allegiance | 1241-000 | 3,575.83 |
| Preference Recovery-Red Seal Electric Co. | 1241-000 | 1,123.22 |
| Preference Recovery-Pilot | 1241-000 | 2,000.00 |
| Preference Recovery-Martin Engineering | 1241-000 | 6,500.00 |
| Preference Recovery-UPS | 1241-000 | 7,750.00 |
| Preference Recovery-Ornelas Enterprises | 1241-000 | 2,000.00 |
| Preference Recovery-Commonwealth of Va. | 1241-000 | 5,533.07 |
| Preference Recovery-Corry Rubber | 1241-000 | 4,000.00 |
| Preference Recovery-The Lynch Company Inc. | 1241-000 | 12,000.00 |
| Preference Recovery-IEA Inc. | 1241-000 | 10,000.00 |
| Preference Recovery-Western Industrial | 1241-000 | 10,000.00 |
| Preference Recovery - California Sales Tax | 1241-000 | 2,500.00 |
| Refund-Oregon Dept. of Revenue | 1224-000 | 277.54 |
| Preference Recovery - Smokey Point Distributing | 1241-000 | 22,000.00 |
| Preference Recovery-Genuine Parts Co. | 1241-000 | 7,500.00 |
| Preference Recovery-YRC Worldwide, Inc | 1241-000 | 5,000.00 |
| Preference Recovery - Salesforce.com | 1241-000 | 500.00 |
| Preference Recovery - West Coast Metals, Inc. | 1241-000 | 9,999.97 |
| Preference Recovery-IRC Aluminum & Stainless | 1241-000 | 5,775.00 |
| Preference Recovery - Yamhill County | 1241-000 | 9,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---:|
| Preference Recovery - Airgas | | 1241-000 | 6,000.00 |
| Wells Fargo SF/Express personnel | | 1241-000 | 11,806.10 |
| Claim against D&O insurance policy | | 1249-000 | 50,000.00 |
| Remnants | | 1229-000 | 1,000.00 |
| Preference Recovery - MMP Services Inc | | 1241-000 | 2,000.00 |
| Interest Income | | 1270-000 | 13.72 |
| **TOTAL GROSS RECEIPTS** | | | **$271,946.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| | LV Administrative Services, Inc. | 4210-000 | N/A | 22,500.00 | 22,500.00 | 22,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$22,500.00** | **$22,500.00** | **$22,500.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|
| KAREN R. GOODMAN | 2100-000 | N/A | 16,847.33 | 16,847.33 | 16,847.33 |
| Taft Stettinius & Hollister | 3110-000 | N/A | 42,557.50 | 42,557.50 | 42,969.80 |
| Taft Stettinius & Hollister LLP | 3120-000 | N/A | 412.30 | 412.30 | 0.00 |
| ALAN D. LASKO | 3410-000 | N/A | 2,369.20 | 2,369.20 | 5,307.80 |
| ALAN D. LASKO | 3410-000 | N/A | 1,816.60 | 1,816.60 | 1,816.60 |
| ALAN D. LASKO | 3410-000 | N/A | 2,938.60 | 2,938.60 | 0.00 |
| ALAN D. LASKO | 3420-000 | N/A | 28.10 | 28.10 | 28.10 |
| ALAN D. LASKO | 3420-000 | N/A | 26.50 | 26.50 | 26.50 |
| ALAN D. LASKO | 3420-000 | N/A | 43.57 | 43.57 | 43.57 |

| Payee | Code | | Amount | | |
|---|---|---|---:|---:|---:|
| United States Trustee | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 46.45 | 46.45 | 46.45 |
| Bank of America | 2990-000 | N/A | 218.55 | 218.55 | 218.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 131.37 | 131.37 | 131.37 |
| United States Treasury | 2990-000 | N/A | 57.00 | 57.00 | 57.00 |
| United States Treasury | 2990-000 | N/A | 171.00 | 171.00 | 171.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 165.59 | 165.59 | 165.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 149.70 | 149.70 | 149.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.42 | 144.42 | 144.42 |
| United States Treasury | 2990-000 | N/A | 228.00 | 228.00 | 228.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 158.86 | 158.86 | 158.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 148.30 | 148.30 | 148.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 157.68 | 157.68 | 157.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 58.06 | 58.06 | 58.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 142.76 | 142.76 | 142.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 148.28 | 148.28 | 148.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 160.27 | 160.27 | 160.27 |
| Oregon Department of Revenue | 2820-000 | N/A | 206.00 | 206.00 | 206.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 288.14 | 288.14 | 288.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 268.88 | 268.88 | 268.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 341.61 | 341.61 | 341.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 337.78 | 337.78 | 337.78 |
| Oregon Department of Revenue | 2820-000 | N/A | 2,611.00 | 2,611.00 | 2,611.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 333.71 | 333.71 | 333.71 |
| Oregon Department of Revenue | 2820-000 | N/A | 190.58 | 190.58 | 190.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 401.95 | 401.95 | 401.95 |
| Shefsky & Froelich Ltd. | 3110-000 | N/A | 59,826.50 | 59,826.50 | 59,826.50 |
| Shefsky & Froelich Ltd. | 3120-000 | N/A | 6,633.55 | 6,633.55 | 6,633.55 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | N/A | 24,716.64 | 24,716.64 | 24,716.64 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | N/A | 87.92 | 87.92 | 87.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 369.67 | 369.67 | 369.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 318.80 | 318.80 | 318.80 |
| Rabobank, N.A. | 2600-000 | N/A | 165.83 | 165.83 | 165.83 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 119.84 | 119.84 | 119.84 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Oregon Department of Revenue | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Rabobank, N.A. | 2600-000 | N/A | 143.62 | 143.62 | 143.62 |
| Rabobank, N.A. | 2600-000 | N/A | 164.30 | 164.30 | 164.30 |
| Rabobank, N.A. | 2600-000 | N/A | 182.12 | 182.12 | 182.12 |
| Rabobank, N.A. | 2600-000 | N/A | 178.56 | 178.56 | 178.56 |
| Rabobank, N.A. | 2600-000 | N/A | 207.66 | 207.66 | 207.66 |
| Rabobank, N.A. | 2600-000 | N/A | 231.77 | 231.77 | 231.77 |
| Rabobank, N.A. | 2600-000 | N/A | 210.58 | 210.58 | 210.58 |
| Rabobank, N.A. | 2600-000 | N/A | 203.27 | 203.27 | 203.27 |
| Rabobank, N.A. | 2600-000 | N/A | 231.00 | 231.00 | 231.00 |
| Rabobank, N.A. | 2600-000 | N/A | 195.68 | 195.68 | 195.68 |
| Rabobank, N.A. | 2600-000 | N/A | 230.32 | 230.32 | 230.32 |
| Rabobank, N.A. | 2600-000 | N/A | 216.01 | 216.01 | 216.01 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 119.50 | 119.50 | 119.50 |
| Rabobank, N.A. | 2600-000 | N/A | 194.77 | 194.77 | 194.77 |
| Oregon Department of Revenue | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Rabobank, N.A. | 2600-000 | N/A | 201.31 | 201.31 | 201.31 |
| Rabobank, N.A. | 2600-000 | N/A | 221.64 | 221.64 | 221.64 |
| Rabobank, N.A. | 2600-000 | N/A | 207.45 | 207.45 | 207.45 |
| Rabobank, N.A. | 2600-000 | N/A | 200.25 | 200.25 | 200.25 |
| Oregon Department of Revenue | 2820-000 | N/A | 150.00 | 150.00 | 150.00 |
| Oregon Secretary of State - Corporation Division | 2820-000 | N/A | 100.00 | 100.00 | 100.00 |
| Rabobank, N.A. | 2600-000 | N/A | 227.58 | 227.58 | 227.58 |
| Oregon Secretary of State - Corporation Division | 2820-000 | N/A | 175.00 | 175.00 | 175.00 |
| Rabobank, N.A. | 2600-000 | N/A | 199.35 | 199.35 | 199.35 |
| Rabobank, N.A. | 2600-000 | N/A | 219.35 | 219.35 | 219.35 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 98.67 | 98.67 | 98.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$172,854.15** | **$172,854.15** | **$172,854.15** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Calliope Capital Corp | 6990-000 | N/A | 19,083,686.61 | 19,083,686.61 | 76,592.36 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $19,083,686.61 | $19,083,686.61 | $76,592.36 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 14,400.68 | 14,400.68 | 0.00 |
| 3 | Thomas M Dendy | 5800-000 | N/A | 47,218.79 | 47,218.79 | 0.00 |
| 6 | Suhail A Khot | 5800-000 | N/A | 35,565.00 | 35,565.00 | 0.00 |
| 16P | ANDERSON, VERA | 5800-000 | N/A | 25,850.15 | 25,850.15 | 0.00 |
| 21 | STATE OF ILLINOIS DEPT EMPLOYMENT SECURITY | 5800-000 | N/A | 89.31 | 89.31 | 0.00 |
| 26 | SMOKEY POINT DISTRIBUTING, INC. | 5800-000 | N/A | 70,284.00 | 70,284.00 | 0.00 |
| 27P | STATE OF MISSOURI, DEPT OF REVENUE | 5800-000 | N/A | 3,831.58 | 3,831.58 | 0.00 |
| 36 | State of Wyoming | 5800-000 | N/A | 206.85 | 206.85 | 0.00 |
| 54 | versa-Fab Inc | 5800-000 | N/A | 540.00 | 540.00 | 0.00 |
| 68P | Internal Revenue Service | 5800-000 | N/A | 2,495.35 | 2,495.35 | 0.00 |
| 72P | IEA INC | 5800-000 | N/A | 12,849.64 | 12,849.64 | 0.00 |
| 74P | Department of Revenue, Collection Division | 5800-000 | N/A | 28,503.39 | 28,503.39 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $241,834.74 | $241,834.74 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 20,196.01 | 20,196.01 | 0.00 |
| 2 | IRC ALUMINUM & STAINLESS | 7100-000 | N/A | 54,290.77 | 54,290.77 | 0.00 |
| 4 | Solae, LLC | 7100-000 | N/A | 45,942.71 | 45,942.71 | 0.00 |
| 5 | BRINKSMAN CONSULTING & TRADING GROUP INC | 7100-000 | N/A | 19,024.44 | 19,024.44 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|
| 7 | DSC APPRAISAL ASSOCIATES INC | 7100-000 | N/A | 18,300.00 | 18,300.00 | 0.00 |
| 8 | DW Engineering Contractors | 7100-000 | N/A | 18,828.63 | 18,828.73 | 0.00 |
| 9 | IMCO INC | 7100-000 | N/A | 107,212.50 | 107,212.50 | 0.00 |
| 10 | YAMHILL COUNTY TAX COLLECTOR | 7100-000 | N/A | 44,949.15 | 0.00 | 0.00 |
| 11 | REMCIS LLC | 7100-000 | N/A | 661,780.00 | 661,780.00 | 0.00 |
| 12 -2 | Kuehne & Nagel Inc | 7100-000 | N/A | 99,614.65 | 99,614.65 | 0.00 |
| 13 | SUNSHINE PRODUCE LTD | 7100-000 | N/A | 173,600.00 | 173,600.00 | 0.00 |
| 14 | CV. ARIRA PANGINDO | 7100-000 | N/A | 530,000.00 | 530,000.00 | 0.00 |
| 15 | PERKINS AND COMPANY, PC | 7100-000 | N/A | 67,342.94 | 67,342.94 | 0.00 |
| 16U | ANDERSON, VERA | 7100-000 | N/A | 772.16 | 772.16 | 0.00 |
| 17 | BLAKE DAWSON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | LITTLE & CO | 7100-000 | N/A | 3,148.00 | 3,148.00 | 0.00 |
| 19 | DUN & BRADSTREET | 7100-000 | N/A | 7,260.00 | 7,260.00 | 0.00 |
| 20 | MCMASTER CARR | 7100-000 | N/A | 7,349.49 | 7,349.49 | 0.00 |
| 22 | FMC TECHNOLOGIES, INC TUTELO | 7100-000 | N/A | 59,932.10 | 59,932.10 | 0.00 |
| 23 | W2007 GOLUB JHC REALTY SERVICES LLC | 7100-000 | N/A | 97,834.05 | 97,834.05 | 0.00 |
| 24 | VERIZON BANKRUPTCY | 7100-000 | N/A | 464.90 | 464.90 | 0.00 |
| 25 | LIBERTY NORTHWEST INSURANCE, CO | 7100-000 | N/A | 10,358.74 | 10,358.74 | 0.00 |
| 27U | STATE OF MISSOURI, DEPT OF REVENUE | 7100-000 | N/A | 286.64 | 286.64 | 0.00 |
| 28 | BRYAN CAVE, LLP | 7100-000 | N/A | 206,901.50 | 206,901.50 | 0.00 |
| 29 | COUNTY OF YAMHILL TAX COLLECTOR | 7100-000 | N/A | 51,973.86 | 51,973.86 | 0.00 |
| 30 | WRIGHT MACHINERY LTD | 7100-000 | N/A | 669,673.00 | 669,673.00 | 0.00 |
| 33 | FMC TECHNOLOGIES, INC TUTELO | 7100-000 | N/A | 59,932.10 | 0.00 | 0.00 |
| 34 | FMC TECHNOLOGIES, INC TUTELO | 7100-000 | N/A | 59,932.10 | 0.00 | 0.00 |
| 37 | AQ ELAUTOMATIK AB | 7100-000 | N/A | 8,869.00 | 8,869.00 | 0.00 |
| 38 | Oles Morrison Rinker & Baker LLP | 7100-000 | N/A | 1,433.94 | 1,433.94 | 0.00 |
| 39 | Oli Vibrator, LLC | 7100-000 | N/A | 7,863.80 | 7,863.80 | 0.00 |
| 40 | John Devito | 7100-000 | N/A | 7,410.40 | 7,410.40 | 0.00 |
| 41 | Thomas Publishing Co. LLC | 7100-000 | N/A | 948.00 | 948.00 | 0.00 |
| 42 | AIRGAS NORPAC INC | 7100-000 | N/A | 40,105.85 | 40,105.85 | 0.00 |
| 43 | Barnes Plastics Inc | 7100-000 | N/A | 7,799.18 | 7,799.18 | 0.00 |
| 44 | Douglas Gaines | 7100-000 | N/A | 11,725.00 | 11,725.00 | 0.00 |
| 45 | McGuire Bearing Company | 7100-000 | N/A | 3,521.62 | 3,521.62 | 0.00 |
| 46 | Reflected Light LLC | 7100-000 | N/A | 1,425.00 | 1,425.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | Ishida Co Ltd | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 48 | Rogers Machinery | 7100-000 | N/A | 1,081.00 | 1,081.00 | 0.00 |
| 49 | Rolled Threads Unlimited LLC | 7100-000 | N/A | 2,057.10 | 2,057.10 | 0.00 |
| 50 | Northwest Natural Gas Co | 7100-000 | N/A | 3,147.24 | 3,147.24 | 0.00 |
| 51 | Palm Abrasive | 7100-000 | N/A | 7,868.33 | 7,868.33 | 0.00 |
| 52 | Power Drives Inc | 7100-000 | N/A | 2,698.57 | 2,698.57 | 0.00 |
| 53 | Thompson Industrial | 7100-000 | N/A | 7,092.58 | 7,092.58 | 0.00 |
| 55 | Pyramid Communication AB | 7100-000 | N/A | 9,054.00 | 9,054.00 | 0.00 |
| 56 | Northwest Machine Works Inc | 7100-000 | N/A | 1,576.00 | 1,576.00 | 0.00 |
| 57 | United Employers Association | 7100-000 | N/A | 1,405.50 | 1,405.50 | 0.00 |
| 58 | SLR International Corporation | 7100-000 | N/A | 1,702.91 | 1,702.91 | 0.00 |
| 59 | Spencer Aircraft | 7100-000 | N/A | 151.20 | 151.20 | 0.00 |
| 60 | CORRY RUBBER CORPORATION | 7100-000 | N/A | 25,316.30 | 25,316.30 | 0.00 |
| 61 | Electro Chem Metal Finish | 7100-000 | N/A | 1,457.60 | 1,457.60 | 0.00 |
| 62 | LCD Lighting Inc | 7100-000 | N/A | 657.40 | 657.40 | 0.00 |
| 63 | NEWJAC INC | 7100-000 | N/A | 30,409.00 | 30,409.00 | 0.00 |
| 64 | Hitachi Maxco Ltd | 7100-000 | N/A | 48.00 | 48.00 | 0.00 |
| 65 | Eriez Mfg Co | 7100-000 | N/A | 4,151.84 | 4,151.84 | 0.00 |
| 66 | The Malibu Group | 7100-000 | N/A | 9,000.00 | 9,000.00 | 0.00 |
| 67 | McLean Thermal - Pentair Tech Prod | 7200-000 | N/A | 1,811.00 | 1,811.00 | 0.00 |
| 68U | Internal Revenue Service | 7200-000 | N/A | 20,196.01 | 20,196.01 | 0.00 |
| 69 | Backer's Potato Chips | 7200-000 | N/A | 25,644.40 | 25,644.40 | 0.00 |
| 71 | Alasco Rubber & Plastic Corp | 7100-000 | N/A | 825.00 | 825.00 | 0.00 |
| 72U | IEA INC | 7100-000 | N/A | 130,199.40 | 130,199.40 | 0.00 |
| 73 | BEAVER STATE PLASTICS | 7100-000 | N/A | 29,706.18 | 29,706.18 | 0.00 |
| 74U | Department of Revenue, Collection Division | 7100-000 | N/A | 6,038.68 | 6,038.68 | 0.00 |
| 75P | Arkansas Dept. of Finance & Administration | 7200-000 | N/A | 25.35 | 25.35 | 0.00 |
| 75U | Arkansas Depart. of Finance & Administration | 7200-000 | N/A | 65.24 | 65.24 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,511,388.06 | $3,346,574.81 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Period Ending:** 06/04/15

**Trustee:** (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 08/24/10 (c)  
**§341(a) Meeting Date:** 09/29/10  
**Claims Bar Date:** 02/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Well Fargo Bank Account (secured account) Orig. Asset Memo: Amount received represents set-off against amount owed on secured account.; | 1,996.00 | 1,996.00 | | 2,796.06 | FA |
| 2 | Turnover of Funds per Court Order of 11/05/10 (u) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 3 | 50% interest in PPM Segana | Unknown | 0.00 | | 0.00 | FA |
| 4 | 50% interest in PPM Flavorite | Unknown | 0.00 | | 0.00 | FA |
| 5 | Various items located at the Chicago office Orig. Asset Memo: Assets were sold in Chapter 11; | 23,903.00 | 0.00 | | 0.00 | FA |
| 6 | Fixtures located at Chicago office Orig. Asset Memo: Assets were sold in Chapter 11; | 4,179.00 | 0.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS-JP Morgan Chase No funds on deposit at time of conversion | 63,935.00 | 0.00 | | 0.00 | FA |
| 8 | Preference Recovery -Tooh Dineh Industries, Inc (u) | Unknown | 10,000.00 | | 8,000.00 | FA |
| 9 | Preference Recovery-Cascade Controls NW (u) | Unknown | 6,000.00 | | 4,800.00 | FA |
| 10 | Preference Recovery - FMC Technologies (u) | Unknown | 10,000.00 | | 8,040.00 | FA |
| 11 | IRS Refund (u) | Unknown | 0.00 | | 456.00 | FA |
| 12 | Preference Recovery-Allegiance (u) | 0.00 | 7,000.00 | | 3,575.83 | FA |
| 13 | Preference Recovery-Red Seal Electric Co. (u) | 0.00 | 15,000.00 | | 1,123.22 | FA |
| 14 | Preference Recovery-Pilot (u) | 0.00 | 8,700.00 | | 2,000.00 | FA |
| 15 | Preference Recovery-Martin Engineering (u) | 0.00 | 13,000.00 | | 6,500.00 | FA |
| 16 | Preference Recovery-UPS (u) | 0.00 | 31,000.00 | | 7,750.00 | FA |
| 17 | Preference Recovery-Ornelas Enterprises (u) | 0.00 | 7,000.00 | | 2,000.00 | FA |
| 18 | Preference Recovery-Commonwealth of Va. (u) | 0.00 | 7,500.00 | | 5,533.07 | FA |
| 19 | Preference Recovery-Corry Rubber (u) | 0.00 | 6,000.00 | | 4,000.00 | FA |
| 20 | Preference Recovery-The Lynch Company Inc. (u) | 0.00 | 0.00 | | 12,000.00 | FA |
| 21 | Preference Recovery-IEA Inc. (u) | 0.00 | 37,000.00 | | 10,000.00 | FA |
| 22 | Preference Recovery-Western Industrial (u) | 0.00 | 33,000.00 | | 10,000.00 | FA |
| 23 | Preference Recovery - California Sales Tax (u) | Unknown | 11,000.00 | | 2,500.00 | FA |
| 24 | Refund-Oregon Dept. of Revenue (u) | Unknown | 0.00 | | 277.54 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Period Ending:** 06/04/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 08/24/10 (c)  
**§341(a) Meeting Date:** 09/29/10  
**Claims Bar Date:** 02/10/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25 | Preference Recovery - Smokey Point Distributing  (u) | 0.00 | 30,000.00 | | 22,000.00 | FA |
| 26 | Preference Recovery-Genuine Parts Co.  (u) | Unknown | 0.00 | | 7,500.00 | FA |
| 27 | Preference Recovery-USP Supply Chain Solutions  (u) | Unknown | 31,000.00 | | 0.00 | FA |
| 28 | Preference Recovery-YRC Worldwide, Inc  (u) | Unknown | 15,000.00 | | 5,000.00 | FA |
| 29 | Preference Recovery - Salesforce.com  (u) | Unknown | 28,000.00 | | 500.00 | FA |
| 30 | Preference Recovery - West Coast Metals, Inc.  (u) | Unknown | 15,000.00 | | 9,999.97 | FA |
| 31 | VOID     Asset incorrectly entered. | 0.00 | 0.00 | | 0.00 | FA |
| 32 | VOID     Asset incorrectly entered | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID     Asset incorrectly entered | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID     Asset incorrectly entered | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID     Asset incorrectly entered | 0.00 | 0.00 | | 0.00 | FA |
| 36 | VOID     Asset incorrectly entered. | 0.00 | 0.00 | | 0.00 | FA |
| 37 | VOID     Asset incorrectly entered | 0.00 | 0.00 | | 0.00 | FA |
| 38 | Preference Recovery-IRC Aluminum & Stainless  (u) | Unknown | 17,000.00 | | 5,775.00 | FA |
| 39 | Preference Recovery - Yamhill County  (u) | Unknown | 24,000.00 | | 9,000.00 | FA |
| 40 | Preference Recovery - Airgas  (u) | 0.00 | 0.00 | | 6,000.00 | FA |
| 41 | Wells Fargo SF/Express personnel  (u) | Unknown | 0.00 | | 11,806.10 | FA |
| 42 | Claim against D&O insurance policy  (u) | Unknown | 100,000.00 | | 50,000.00 | FA |
| 43 | Remnants  (u) | Unknown | 0.00 | | 1,000.00 | FA |
| 44 | Preference Recovery - MMP Services Inc  (u)     Insurance quote requested on 02/11/2015 | Unknown | 0.00 | | 2,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 13.72 | FA |
| 45 | **Assets Totals** (Excluding unknown values) | **$94,013.00** | **$514,196.00** | | **$271,946.51** | **$0.00** |

Printed: 06/04/2015 10:55 AM    V.13.23

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Period Ending:** 06/04/15

**Trustee:** (520191)    KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 08/24/10 (c)  
**§341(a) Meeting Date:** 09/29/10  
**Claims Bar Date:** 02/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Work with secured creditor to withdraw claim based upon DIP financing order; work with Bankruptcy Clerk's office to combine claims in this case and 10-14795 for purposes of distribution to priority creditors; file final tax returns; file TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    February 26, 2015  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Taxpayer ID #:** **-***8475  
**Period Ending:** 06/04/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******57-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/10 | {2} | Cole Schotz Meisel Forman | Turnover of Settlement Funds per Court Order dated November 5, 2010 | 1290-010 | 50,000.00 | | 50,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.65 | | 50,000.65 |
| 12/27/10 | {1} | Wells Fargo | Remaining balance of cash collateral held for PPM Technologie's purchas card program after set-off for amounts due. | 1129-000 | 2,796.06 | | 52,796.71 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 | | 52,797.99 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.34 | | 52,799.33 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #10-14788, Bond #016026455 | 2300-000 | | 46.45 | 52,752.88 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.21 | | 52,754.09 |
| 03/17/11 | 1002 | Bank of America | Copying costs pursuant to subpoena to Bank of America | 2990-000 | | 218.55 | 52,535.54 |
| 03/24/11 | {8} | Tooh Dineh Industries Inc. | Preferential Settlement per Court Order dated 5/31/11 | 1241-000 | 8,000.00 | | 60,535.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.39 | | 60,536.93 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.49 | | 60,538.42 |
| 05/09/11 | {9} | Cascade Controls NW | Settlement of preference claim per Court Order dated 5/31/11 | 1241-000 | 4,800.00 | | 65,338.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.62 | | 65,340.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.53 | | 65,340.57 |
| 07/19/11 | {10} | FMC Technologies - Material Handling | Settlement of Preference Claim per Court Order dated 5/31/11 | 1241-000 | 8,040.00 | | 73,380.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.58 | | 73,381.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.37 | 73,249.78 |
| 08/15/11 | 1003 | Illinois Department of Revenue | EIN: 20-8848475 - Form IL4506 Request Voided on 09/01/11 | 2820-000 | | 20.00 | 73,229.78 |
| 08/15/11 | 1004 | United States Treasury | FEIN: 20-8848475 - Form 4506 request | 2990-000 | | 57.00 | 73,172.78 |
| 08/23/11 | 1005 | United States Treasury | FEIN: 20-8848475 - Form 4506 request | 2990-000 | | 171.00 | 73,001.78 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.62 | | 73,002.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.62 | 72,831.78 |
| 09/01/11 | 1003 | Illinois Department of Revenue | EIN: 20-8848475 - Form IL4506 Request Voided: check issued on 08/15/11 | 2820-000 | | -20.00 | 72,851.78 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.03 | 72,856.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 72,857.40 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 149.70 | 72,707.70 |

Subtotals :    $73,647.36    $939.66

{} Asset reference(s)

Printed: 06/04/2015 10:55 AM    V.13.23

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Taxpayer ID #:** **-***8475  
**Period Ending:** 06/04/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******57-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.61 | | 72,708.31 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.42 | 72,563.89 |
| 11/08/11 | 1006 | United States Treasury | FEIN: 20-8848475 - Form 4506 Request | 2990-000 | | 228.00 | 72,335.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 72,336.48 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.86 | 72,177.62 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.61 | | 72,178.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 148.30 | 72,029.93 |
| 01/16/12 | {11} | U.S. Treasury (IRS) | Refund re 20-8848475 F 4506 REF NMF CSC IRS CSC | 1224-000 | 228.00 | | 72,257.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.61 | | 72,258.54 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.68 | 72,100.86 |
| 02/06/12 | 1007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-14788, Bond No. 016026455 | 2300-000 | | 58.06 | 72,042.80 |
| 02/28/12 | {11} | U.S. Treasury | Refund re: 20-8848475 F 4506 REF NMF CSC IRS CSC | 1224-000 | 228.00 | | 72,270.80 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 142.76 | 72,128.04 |
| 03/27/12 | {12} | Allegiance Benefit Plan Management, Inc. | Settlement of preference demand per court order dated 5/25/12. | 1241-000 | 3,575.83 | | 75,703.87 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 148.28 | 75,555.59 |
| 04/12/12 | {13} | Red Seal Electric Co. | Settlement of Preference Claim pursuant to Court Order dated 5/25/12. | 1241-000 | 1,123.22 | | 76,678.81 |
| 04/17/12 | {14} | Pilot | Settlement of preference claim per Court Order dated 5/25/12. | 1241-000 | 2,000.00 | | 78,678.81 |
| 04/17/12 | {15} | Martin Engineering | Settlement of preference claim per Court Order dated 5/25/12. | 1241-000 | 6,500.00 | | 85,178.81 |
| 04/19/12 | {16} | United Parcel Service | Settlement of preference claim per order dated 5/25/12. | 1241-000 | 4,000.00 | | 89,178.81 |
| 04/23/12 | {17} | Ornelas Enterprises | Settlement of preference claim per order dated 5/25/12. | 1241-000 | 2,000.00 | | 91,178.81 |
| 04/26/12 | {18} | Commonwealth of Va. Dept. of Taxation | Settlement of preference claim per Court order dated 5/25/12. | 1241-000 | 5,533.07 | | 96,711.88 |
| 04/26/12 | {19} | Corry Rubber | Settlement of Preference Claim per Court Order Dated 5/25/12. | 1241-000 | 4,000.00 | | 100,711.88 |
| 04/30/12 | {20} | The Lynch Company Inc | Settlement of Preference Claim per Court Order dated 5/25/12 | 1241-000 | 12,000.00 | | 112,711.88 |
| 04/30/12 | {21} | IEA, Inc. | Settlement of Preference Claim per Court Order dated 5/25/12 | 1241-000 | 10,000.00 | | 122,711.88 |

Subtotals : $51,190.54   $1,186.36

{} Asset reference(s)

Printed: 06/04/2015 10:55 AM   V.13.23

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-14788 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** OREGON CONVEYOR MANUFACTURING, INC. | **Bank Name:** The Bank of New York Mellon |
| PPM TECHNOLOGIES, INC. | **Account:** ****-******57-65 - Checking Account |
| **Taxpayer ID #:** **-***8475 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/04/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 160.27 | 122,551.61 |
| 05/07/12 | {22} | Western Industrial Fabricators | Settlement of preference claim per Court Order dated 5/25/12 | 1241-000 | 10,000.00 | | 132,551.61 |
| 05/29/12 | 1008 | Oregon Department of Revenue | 2009 Oregon Corporation Excise Tax | 2820-000 | | 206.00 | 132,345.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.14 | 132,057.47 |
| 06/12/12 | {23} | Treasurer State of California | Settlement of Preference claim per Court Order dated 5/25/2012 | 1241-000 | 2,500.00 | | 134,557.47 |
| 06/25/12 | {24} | Oregon Dept. of Revenue | 2009 Corporation Excise tax refund | 1224-000 | 2.54 | | 134,560.01 |
| 06/26/12 | {25} | Smokey Point Distributing, Inc. | Settlement Preference Claim per Court Order Dated 5/25/2012 - wire transfer | 1241-000 | 22,000.00 | | 156,560.01 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 268.88 | 156,291.13 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 341.61 | 155,949.52 |
| 08/07/12 | {29} | Salesforce.com | Settlement of Preference Claim per Court Order dated 5/25/2012 | 1241-000 | 500.00 | | 156,449.52 |
| 08/21/12 | {26} | Genuine Parts Co. | Settlement of preference claim per court order of 09/28/2012 - U.S. Bearing & Drive | 1241-000 | 7,500.00 | | 163,949.52 |
| 08/23/12 | {16} | UPS Supply Chain Solutions | Settlement of Preference Claim per Court Order dated 9/28/2012. | 1241-000 | 3,750.00 | | 167,699.52 |
| 08/29/12 | {28} | YRC Worldwide, Inc. | Settlement of preference claims per Court Order date 9/28/2012 | 1241-000 | 5,000.00 | | 172,699.52 |
| 08/31/12 | {30} | West Coast Metals Inc. | Partial Peyment of Settlement of Preference Claim per Court Order dated 9/28/2012 - wire trasfer | 1241-000 | 1,666.67 | | 174,366.19 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 337.78 | 174,028.41 |
| 09/06/12 | 1009 | Oregon Department of Revenue | Excise Tax for Calendar Year 2010 | 2820-000 | | 2,611.00 | 171,417.41 |
| 09/19/12 | {38} | IRC ALUMINUM & STAINLESS | Settlement of Preference Claim per Court Order dated _____ | 1241-000 | 5,775.00 | | 177,192.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 333.71 | 176,858.70 |
| 10/02/12 | {30} | West Coast Metals | Partial Payment of Settlement Preference Claim per Court Order dated 9/28/2012 | 1241-000 | 1,666.66 | | 178,525.36 |
| 10/19/12 | 1010 | Oregon Department of Revenue | 2010 and 2011 Corporate Excise Tax | 2820-000 | | 190.58 | 178,334.78 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 401.95 | 177,932.83 |
| 11/01/12 | {30} | West Coast Metals | Partial Payment of Settlement Preference per Court Order Dated 9/28/2012 | 1241-000 | 1,666.66 | | 179,599.49 |
| 11/08/12 | {39} | Yamhill County Treasurer | Settlement of Preference Claim per Court Order dated _____ | 1241-000 | 9,000.00 | | 188,599.49 |
| 11/15/12 | 1011 | Shefsky & Froelich Ltd. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 11/15/2012 | 3110-000 | | 59,826.50 | 128,772.99 |

Subtotals :   $71,027.53   $64,966.42

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-14788
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.
PPM TECHNOLOGIES, INC.
**Taxpayer ID #:** **-***8475
**Period Ending:** 06/04/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******57-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/12 | 1012 | Shefsky & Froelich Ltd. | TRUSTEE'S ATTORNEYS' EXPENSES PER COURT ORDER DATED 11/15/2012 | 3120-000 | | 6,633.55 | 122,139.44 |
| 11/15/12 | 1013 | Alan D. Lasko & Associates, P.C. | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 11/15/2012 | 3410-000 | | 24,716.64 | 97,422.80 |
| 11/15/12 | 1014 | Alan D. Lasko & Associates, P.C. | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 11/15/2012 | 3420-000 | | 87.92 | 97,334.88 |
| 11/30/12 | {30} | West Coast Metals | Partial payment of settlement preference per court order of 9/28/2012 | 1241-000 | 1,666.66 | | 99,001.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 369.67 | 98,631.87 |
| 12/14/12 | {40} | Airgas Central Accounting Group | Preference Settlement | 1241-000 | 6,000.00 | | 104,631.87 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 318.80 | 104,313.07 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188 20130103 | 9999-000 | | 104,313.07 | 0.00 |
| 01/31/13 | {30} | West Coast Metals | Partial Preference Settlement | 1241-000 | 1,666.66 | | 1,666.66 |
| 02/05/13 | | TRANSFER TO 0001052019188 20130205 | TRANSFER TO 0001052019188 20130205 | 9999-000 | | ! 1,666.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 205,198.75 | 205,198.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 105,979.73 | |
| | | | **Subtotal** | | 205,198.75 | 99,219.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$205,198.75** | **$99,219.02** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 06/04/2015 10:55 AM     V.13.23

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Taxpayer ID #:** **-***8475  
**Period Ending:** 06/04/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3765 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 104,313.07 | | 104,313.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.83 | 104,147.24 |
| 02/06/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,666.66 | | 105,813.90 |
| 02/13/13 | 11015 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2013 FOR CASE #10-14788, Bond No. 016026455 | 2300-000 | | 119.84 | 105,694.06 |
| 02/25/13 | {41} | Wells Fargo SF/Express Personnel | Preference Settlement per Court Order dated January 25, 2013. | 1241-000 | 11,806.10 | | 117,500.16 |
| 02/28/13 | 11016 | Oregon Department of Revenue | EIN: 20-8848475 - 2012 Excise Tax: Form 20-V | 2820-000 | | 150.00 | 117,350.16 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.62 | 117,206.54 |
| 03/13/13 | {30} | West Coast Metals | Final payment of settlement preference per court order of 9/28/2012 | 1241-000 | 1,666.66 | | 118,873.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.30 | 118,708.90 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.12 | 118,526.78 |
| 05/29/13 | {42} | Chubb Group of Insurance Companies | Settlement of D&O insurance claim per Court Order dated 5/22/13.~ | 1249-000 | 50,000.00 | | 168,526.78 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.56 | 168,348.22 |
| 06/04/13 | 11017 | LV Administrative Services, Inc. | Pursuant to Court Order of 5/22/13 for secured claim against insurance claim proceeds | 4210-000 | | 22,500.00 | 145,848.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.66 | 145,640.56 |
| 07/02/13 | {43} | Oak Point Partners, Inc | Proceeds of Remnant Sale per Court Order dated 6/27/13 | 1229-000 | 1,000.00 | | 146,640.56 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.77 | 146,408.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.58 | 146,198.21 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.27 | 145,994.94 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 231.00 | 145,763.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.68 | 145,568.26 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.32 | 145,337.94 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.01 | 145,121.93 |
| 02/13/14 | 11018 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-14788, 016026455 | 2300-000 | | 119.50 | 145,002.43 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.77 | 144,807.66 |
| 03/13/14 | 11019 | Oregon Department of Revenue | EIN: 20-8848475 - 2013 Excise Tax: Form 20-V | 2820-000 | | 150.00 | 144,657.66 |

Subtotals :   $170,452.49    $25,794.83

{} Asset reference(s)                                                                                                Printed: 06/04/2015 10:55 AM    V.13.23

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Taxpayer ID #:** **-***8475  
**Period Ending:** 06/04/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.31 | 144,456.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 221.64 | 144,234.71 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.45 | 144,027.26 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.25 | 143,827.01 |
| 07/29/14 | 11020 | Oregon Department of Revenue | EIN: 20-8848475 - 2014 Excise Tax: Form 20-V | 2820-000 | | 150.00 | 143,677.01 |
| 07/31/14 | 11021 | Oregon Secretary of State - Corporation Division | Processing Fee for Articles of Dissolution | 2820-000 | | 100.00 | 143,577.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.58 | 143,349.43 |
| 08/15/14 | 11022 | Oregon Secretary of State - Corporation Division | Processing Fee for Articles of Dissolution | 2820-000 | | 175.00 | 143,174.43 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.35 | 142,975.08 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.35 | 142,755.73 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.17 | 142,543.56 |
| 11/12/14 | {24} | State of Oregon | Refund because business is inactive. | 1224-000 | 175.00 | | 142,718.56 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.64 | 142,533.92 |
| 12/09/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -396.81 | 142,930.73 |
| 12/16/14 | {44} | MMP SERVICES INC | Settlement of Preference Complaint per Court Order. | 1241-000 | 2,000.00 | | 144,930.73 |
| 12/18/14 | {24} | State of Oregon, Secretary of State | Refund of Dissolution fee--deemed not necessary because corp. inactive since 2010 | 1224-000 | 100.00 | | 145,030.73 |
| 02/16/15 | 11023 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #10-14788, Bond No. 10BSBGR6291<br>Voided on 02/17/15 | 2300-000 | | 98.67 | 144,932.06 |
| 02/17/15 | 11023 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #10-14788, Bond No. 10BSBGR6291<br>Voided: check issued on 02/16/15 | 2300-000 | | -98.67 | 145,030.73 |
| 02/17/15 | 11024 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #10-14788<br>Voided on 02/17/15 | 2300-000 | | 98.67 | 144,932.06 |
| 02/17/15 | 11024 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #10-14788<br>Voided: check issued on 02/17/15 | 2300-000 | | -98.67 | 145,030.73 |

Subtotals : $2,275.00    $1,901.93

{} Asset reference(s)    Printed: 06/04/2015 10:55 AM    V.13.23

Page: 7

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-14788  
**Case Name:** OREGON CONVEYOR MANUFACTURING, INC.  
PPM TECHNOLOGIES, INC.  
**Taxpayer ID #:** **-***8475  
**Period Ending:** 06/04/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3765 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/15 | 11025 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #10-14788 | 2300-000 | | 98.67 | 144,932.06 |
| 04/01/15 | 11026 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED MARCH 31, 2015 | 3420-000 | | 26.50 | 144,905.56 |
| 04/01/15 | 11027 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED MARCH 31, 2015 | 3420-000 | | 28.10 | 144,877.46 |
| 04/01/15 | 11028 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED MARCH 31, 2015 | 3420-000 | | 43.57 | 144,833.89 |
| 04/01/15 | 11029 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED MARCH 31, 2015 | 3410-000 | | 1,816.60 | 143,017.29 |
| 04/01/15 | 11030 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED MARCH 31, 2015 | 3410-000 | | 2,369.20 | 140,648.09 |
| 04/01/15 | 11031 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED MARCH 31, 2015 | 3410-000 | | 2,938.60 | 137,709.49 |
| 04/01/15 | 11032 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED MARCH 31, 2015 | 2100-000 | | 16,847.33 | 120,862.16 |
| 04/01/15 | 11033 | TAFT STETTINIUS & HOLLISTER LLP | TRUSTEE'S ATTORNEYS' FEES  PER COURT ORDER DATED MARCH 31, 2015 | 3110-000 | | 42,557.50 | 78,304.66 |
| 04/01/15 | 11034 | TAFT STETTINIUS & HOLLISTER LLP | TRUSTEE'S ATTORNEYS' EXPENSES PER COURT ORDER DATED MARCH 31, 2015 | 3110-000 | | 412.30 | 77,892.36 |
| 04/06/15 | 11035 | United States Trustee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 35 PER COURT ORDER DATED MARCH 31, 2015 | 2950-000 | | 1,300.00 | 76,592.36 |
| 04/06/15 | 11036 | Calliope Capital Corp. - ATTN: David M. Bas | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 70 PER COURT ORDER DATED MARCH 31, 2015<br>Voided on 04/21/15 | 6990-000 | | 76,592.36 | 0.00 |
| 04/21/15 | 11036 | Calliope Capital Corp. - ATTN: David M. Bas | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 70 PER COURT ORDER DATED MARCH 31, 2015<br>Voided: check issued on 04/06/15 | 6990-000 | | -76,592.36 | 76,592.36 |
| 04/21/15 | 11037 | LV Administrative Services, Inc. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 70 PER COURT ORDER DATED MARCH 31, 2015 | 6990-000 | | 76,592.36 | 0.00 |

Subtotals :     $0.00     $145,030.73

{} Asset reference(s)

Printed: 06/04/2015 10:55 AM     V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case Number:** 10-14788 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** OREGON CONVEYOR MANUFACTURING, INC. | **Bank Name:** Rabobank, N.A. |
| PPM TECHNOLOGIES, INC. | **Account:** ******3765 - Checking Account |
| **Taxpayer ID #:** **-***8475 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/04/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 172,727.49 | 172,727.49 | $0.00 |
| | | | Less: Bank Transfers | | 105,979.73 | 0.00 | |
| | | | **Subtotal** | | 66,747.76 | 172,727.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,747.76** | **$172,727.49** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******57-65** | 205,198.75 | 99,219.02 | 0.00 |
| **Checking # ******3765** | 66,747.76 | 172,727.49 | 0.00 |
| | **$271,946.51** | **$271,946.51** | **$0.00** |